# EXHIBIT 10

# ALLEN & OVERY

**BY COURIER**

Gibson, Dunn & Crutcher LLP
Telephone House
2 - 4 Temple Avenue
London
EC4Y 0HB

Allen & Overy LLP
One Bishops Square
London E1 6AD United Kingdom

Tel +44 (0)20 3088 0000
Fax +44 (0)20 3088 0088

FAO: Cyrus Benson and Douglas Watson

Our ref RJS/0097436-000001 LT:13540427.1

26 May 2015

Dear Sirs,

**LCIA Arbitrations Nos. 101689 and 101691: Ashot Egiazaryan, Artem Egiazaryan, Dmitry Fitisov, Blidensol Trading & Investments Limited, and Hackam Invest & Trade Inc. (Claimants) v. Suleyman Kerimov, and Denoro Investments Limited (Respondents)**

We refer to the completion of the Settlement Deed on 21 May 2015 and we now enclose two original Settlement Deeds executed by Denoro Investments Limited and Mr Kerimov respectively.

We should be grateful if you please acknowledge safe receipt and we look forward to receiving the original Settlement Deed executed by your clients, together with the three original executed agreed form documents.

Yours faithfully,

*[signature]*

**ALLEN & OVERY LLP**

Encs

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorised and regulated by the Solicitors Regulation Authority of England and Wales. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen & Overy LLP and of the non-members who are designated as partners is open to inspection at its registered office, One Bishops Square, London E1 6AD.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C. and Yangon.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – Subject to Protective Order Respondent 001994

EXECUTION VERSION

# REDACTED

5. **Payment of Settlement Amount**. Within three (3) business days of the execution of this Deed, Denoro shall pay or cause to be paid to Claimant Ashot Egiazaryan US$198,500,000 (the "**Settlement Amount**"), in full and complete settlement of the Released Claims.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – Subject to Protective Order

Respondent 001999