# EXHIBIT 18

# INSTRUMENT OF APPOINTMENT OF ADDITIONAL TRUSTEES

## OF

## THE ALPHA TRUST

[ND1/001]

THIS INSTRUMENT OF APPOINTMENT OF ADDITIONAL TRUSTEES is made the 31st day of March two thousand and twenty by the party named in the First Part of the Schedule hereto, being the Protector, on the part, and the party named in the Second Part of the Schedule hereto, being the Additional Trustee, on the other part, of a trust settlement (Treuhänderschaft) made by the party named in the Third Part of the Schedule hereto, being the Original Trustee, short particulars of which are set in the Fourth Part of the Schedule hereto (hereinafter referred to as the "**Declaration of Trust**"):

**WHEREAS**

(A) By virtue of the powers contained in Clause 10.4.1. and 10.5. of the Declaration of Trust, power is reserved to the Protector to appoint one or more person(s) as additional Trustee(s) up to the maximum number allowed pursuant to Clause 10.1. of the Declaration of Trust.

(B) The Protector desires to exercise the powers under the afore-mentioned provisions.

(C) This Instrument is supplement to the Declaration of Trust.

(D) In this Instrument all terms, phrases and expressions shall have the meaning ascribed to them in the Declaration of Trust unless otherwise defined in this Instrument or if the content requires otherwise.

**NOW THEREFORE BY THIS INSTRUMENT** in exercise of the powers conferred upon the Protector by Clause 10.4.1. and 10.5. of the Declaration of Trust, the Protector hereby **RESOLVES** that the following person shall be appointed in addition to the Original Trustee with the same powers as the Original Trustee and with effect from the date hereof:

**NATALIA DOZORTSEVA**, born REDACTED 1969, French Titre de Sejour REDACTED, resident at REDACTED, Saint-Paul-de-Vence, France (the "Additional Trustee").

The Schedule above referred to:

[ND1/002]

The Schedule above referred to:

| | |
|---|---|
| First Part | Ashot Egiazaryan |
| | REDACTED |
| | Beverly Hills |
| | 90210 California |
| | United States of America |
| | |
| Second Part | Natalia Dozortseva |
| | REDACTED |
| | Saint-Paul-de-Vence |
| | France |
| | |
| Third Part | CTX TREUHAND AG |
| | c/o Dr.iur.Thomas Wilhelm |
| | Lova-Center, 9490 Vaduz, |
| | Principality of Liechtenstein |
| | |
| Fourth Part | Trust settlement (Treuhänderschaft) known as the "ALPHA TRUST", registered with the Liechtenstein commercial register under register number FL-0002.510.771-1 |

IN WITNESS WHEREOF this Instrument was executed the day and year first before written:

The PROTECTOR

**ASHOT EGIAZARYAN**  _____

APPOINTMENT ACKNOWLEDGED AND ACCEPTED:

The Additional Trustee:

**NATALIA DOZORTSEVA**  _____

[ND1/003]