# EXHIBIT 22

REDACTED

**From:** Stevyn@prestigetrustco.com <Stevyn@prestigetrustco.com>
**Sent:** 02 July 2020 11:11
**To:** Rosalind Nicholson <Rosalind.Nicholson@walkersglobal.com>
**Cc:**          REDACTED
**Subject:** RE: Breech

**[this message is from an external sender]**

Dear Rosalind
I trust this email finds you well.  There is some alarming news on our end. We're in receipt of a request by an agent who forward documents signed by a Natalia Dozortseva and Ashot Egiazaryan, claiming to be Protector and Trustees of the Alpha Trust and requesting that they be added to Directors of Savannah.  Who are these people?

I look forward to your reply.
Kind Regards
Stevyn

REDACTED