# EXHIBIT 23



*Prestige Trust Company Ltd. P.O. Box 346, Wards Building, Brown Hill, St. John's Parish, Nevis, W.I*

July 15, 2020

In re: Savannah Advisors, Inc. Corporation #C 44162,
Incorporated September 29, 2014.

To whom it may concern,

I am the attorney for Prestige Trust Company Ltd. (Nevis).  Prestige Trust Company is the Registered Agent for Savannah Advisors, Inc.

Who the officers and directors of Savannah Advisors, Inc. are is currently a matter of legal dispute. The owner of Savannah Advisors is a trust in Lichtenstein. There is litigation pending in Lichtenstein and Nevis that is addressing who is authorized to make decisions for the trust and the company.

It is our position that the underlying litigation in Lichtenstein and Nevis should decide who are the officers and directors of Savannah Advisors, Inc. It is our view that the Certificate of Incumbency appointing directors on the 31st of March 2020 should not be used for the purpose of bank signatory rights on accounts in the name of the company until the courts in Lichtenstein and Nevis have ruled on the issue.

Sincerely,

H. Edward Ryals, Esquire

All that Prestige Trust Company Ltd. does is done with the understanding that it is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert advice is required, the services of a practicing professional person should be sought. Prestige Trust Company Ltd.  Specifically disclaims any liability, loss, risk, personal or otherwise, incurred by others directly or indirectly.

**[ND1/363]**