# EXHIBIT 25



VIA DHL

Prestige Trust Company Ltd.
P.O. Box 826, Brown Hill
St. John's Parish
Nevis

Vaduz, 15 May 2020 RW/PK

**Savannah Advisors Inc.**

Dear Sir or Madam,

We hereby inform you that we legally represent Ms. Natalia Dozortseva, REDACTED REDACTED , Saint-Paul-de-Vence, 06570 France. A copy of the respective power of attorney is enclosed.

On behalf of our client we are approaching you regarding the above-mentioned Savannah Advisors Inc. ("Savannah") which you act as a registered agent for and which Mr. Thomas Wilhelm, Mr. Nikolaus Wilhelm and Codex Services S.A are the directors of.

As is known to you, 100% of the shares in Savannah are held by the Alpha Trust, c/o CTX Treuhand Aktiengesellschaft ("CTX"), 9490 Vaduz, Principality of Liechtenstein. Originally, the trustee of the Alpha Trust was said CTX, a company represented by Mr. Thomals Wilhelm and Mr. Nikolaus Wilhelm. The Alpha Trust had been set up and CTX had been appointed by Mr. Ashot Egiazaryan.

In 2018 Mr. Vitaly Smagin, a creditor of Mr. Egiazaryan, managed to obtain a decision of the Liechtenstein Courts stating that the rights which Mr. Egiazaryan has as settlor, protector and beneficiary <u>towards CTX</u> as trustee of the Alpha Trust are seized in favour of him ("seizure order"). Subsequently, Mr. Smagin applied to the court for authority to exploit these rights. The Liechtenstein Court of First Instance then rendered a decision allowing Mr. Smagin to exploit the rights seized, including, amongst others, the right to dismiss CTX and the right to appoint new trustees ("exploitation order"). This decision has been appealed by Mr. Egiazaryan and, therefore, is not final.

BATLINER WANGER BATLINER | Am Schrägen Weg 2 | LI-9490 Vaduz | office@bwb.li | T +423 239 78 76
Rechtsanwälte AG | Postfach 105 | Liechtenstein | www.bwb.li | F +423 239 78 79

[ND2/42]



In spite of the pending appeal and in spite of the fact that only the rights of Mr. Egiazaryan towards CTX have been seized, Mr. Smagin has already dismissed CTX and has also appointed Mr. Rudolf Schächle and Mr. Raphael Näscher, both domiciled in REDACTED, Principality of Liechtenstein, as new trustees.

The fact that only the rights of Mr. Egiazaryan towards CTX are subject of the seizure means that Mr. Egiazaryan has not lost his rights in general in the trust, but only to the extent that CTX is concerned. Therefore, after the dismissal of CTX by Mr. Smagin, Mr. Egiazaryan was entitled to appoint new trustees. He has done so by nominating our client as trustee of the Alpha Trust. We are enclosing a copy of the relevant appointment resolution for your information.

Further, Mr. Smagin was not allowed to nominate Mr. Schächle and Mr. Näscher as such an action contradicts the wording of the seizure order which says, as mentioned, that only the rights of Mr. Egiazaryan towards CTX are affected. Therefore, the appointment of Mr. Schächle and Mr. Näscher by Mr. Smagin is not valid in our opinion either. We assume that the Court of Second Instance will issue a judgment in this sense and correct the exploitation order of the Court of First Instance.

In any case, for the reasons mentioned, on behalf of our client we hereby request you to refrain from any actions with regard to the assets, shares and management of Savannah without the explicit consent of our client until a final judgment is rendered by the Liechtenstein courts in this matter.

Further, we inform you that we are instructed to examine the facts of the case for their criminal relevance, if necessary together with a local law firm, should you disregard the appointment of our client as trustee of the Alpha Trust.

Thank you for your cooperation.

Kind regards,

Philipp Kranz

Encl. mentioned

[ND2/43]



Natalia Dozortseva <alphatrust.nd@gmail.com>

## Savannah Advisors - the Alpha Trust

**Natalia Dozortseva** <REDACTED @gmail.com>  1 July 2020 at 15:39
To: REDACTED@generalcorporate.com

Dear Mr Wessell,

My name is Natalia Dozortseva. I am trustee of the Alpha Trust, which owns a St Kitts and Nevis company Savannah Advisors Inc.
Prestige Trust Company is its Registered agent at the moment.
Can we speak about the company and what is going on with it?
Please let me know when and by which number I can call you.

Kind regards,
Natalia Dozortseva

**[ND2/44]**

Gmail - Savannah Advisors - the Alpha Trust                    https://mail.google.com/mail/u/2?ik=648343ab0a&view=pt&search=all...



Natalia Dozortseva <alphatrust.nd@gmail.com>

## Savannah Advisors - the Alpha Trust

Kevin W <REDACTED@generalcorporate.com>      1 July 2020 at 18:58
To: Natalia Dozortseva <REDACTED @gmail.com>

Natalia,

Yes please call me. I am glad to help.

Sincerely,
Kevin Wessell

General Corporate Services, Inc.®
1-800-COMPANY ® / Companies Incorporated®
Tel. 1-800-COMPANY (1-800-266-7269)
Tel. 1-661-253-3303
www.generalcorporate.com

www.1800company.com
www.assetprotectionplanners.com
www.companiesinc.com
www.offshorecompany.com
www.offshorecorporation.com

Three rules of success in life:
1. Do right
2. Do your best
3. Show people you care

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State Law. Our terms  Any information contained herein has been obtained from sources believed to be reliable. However, the writer is not offering tax, legal or other professional advice. If such advice is needed the services of the appropriate practicing professional person should be sought.


> On Jul 1, 2020, at 9:39 AM, Natalia Dozortseva <REDACTED  @gmail.com> wrote:
>
> Dear Mr Wessell,
>
> My name is Natalia Dozortseva. I am trustee of the Alpha Trust, which owns a St Kitts and Nevis company Savannah Advisors Inc.
> Prestige Trust Company is its Registered agent at the moment.
> Can we speak about the company and what is going on with it?
> Please let me know when and by which number I can call you.
>
> Kind regards,
> Natalia Dozortseva

[ND2/45]



Natalia Dozortseva <alphatrust.nd@gmail.com>

## Savannah Advisors - the Alpha Trust

**Natalia Dozortseva** <alphatrust.nd@gmail.com>　　　　　　　　　2 July 2020 at 23:23
To: Kevin W <REDACTED@generalcorporate.com>, REDACTED@prestigetrustco.com
Cc: NATASHA GREY <REDACTED@gmail.com>, Isabelle MOY <REDACTED@cms-pcm.com>, Thomas Struth - Kieber Nuener Struth <T.Struth@kns-law.li>

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Confidential and Privileged

Dear Sirs,

It's Natalia Dozortseva, a lawyer and trustee of the Alpha Trust, which owns a St Kitts and Nevis company Savannah Advisors Inc.
Thank you very much for your email and letter from your lawyer Mr. Edward Ryals.

Dear Kevin,
I'd like to thank you for the conference call that was held 15 min ago, where you explained in details Prestige's position as a firm that always complies with the law and would never assist the fraudulent party.

As we explained to you, we're filing an ex-parte application to the St Kitts and Nevis court.
I'd be very grateful if you could send me today exact names of current shareholders of Savannah Advisors Inc.
I need this information for the court, because the hostile party whom we accuse of fraud, doesn't give us any information, documents and does not respond to our requests.
I put on copy to this email my lawyers from St Kitts and Nevis, Monaco and Liechtenstein.
I attached to this email the letter that was sent today by my lawyers from CMS to CMB bank where Savannah Advisors holds the account.

Kind regards and waiting to hear from you,
Natalia Dozortseva
[Quoted text hidden]

📎 **200702 Encl to email Letter to CMB CTR.pdf**
　　132K

**[ND2/46]**

Gmail - Savannah Advisors                                       https://mail.google.com/mail/u/2?ik=648343ab0a&view=pt&search=all...



Natalia Dozortseva <alphatrust.nd@gmail.com>

## Savannah Advisors

**H. Edward Ryals** <ed@generalcorporate.com>  15 July 2020 at 17:19
To: alphatrust.nd@gmail.com

As discussed, please find attached the correspondence that we discussed.

Thanks

--
Sincerely,

H. Edward Ryals
Attorney at Law

General Corporate Services, Inc.
Tel. +1-954-400-1050

www.generalcorporate.com

www.assetprotectionplanners.com
www.1800company.com
www.companiesinc.com
www.offshorecompany.com
www.offshorecorporation.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State Law. Any information contained herein has been obtained from sources believed to be reliable. However, the writer is not offering tax, legal or other professional advice. If such advice is needed the services of the appropriate practicing professional person should be sought.

📎 **Prestige Trust - Savannah Advisors - Officer and Director Dispute .pdf**
1115K

**[ND2/50]**