# EXHIBIT 26



**BY EMAIL**

21 July 2020                                              Our Ref: RN/RCB/B12411

Prestige Trust Company Ltd
Brown Hill,
St John's Parish,
Nevis
Federation of St Christopher and Nevis

Attn: Vernel Powell; Stevyn Bartlette

Dear Sirs,

**RE SAVANNAH ADVISORS INC ("THE COMPANY")**

We are in possession of a letter, dated 2 July 2020, (the "**Letter**") on Prestige Trust Company Ltd headed notepaper sent by you to CMB Monaco, the Company's bankers (the "**Bank**"). A copy of the Letter is enclosed with this letter.

The date of the Letter is, of course, significant. You will recall that it was on 2 July, that you received what you termed "a plethora" of communications, calls and documents from Ashot Egiazaryan or persons acting for him. We note in passing that, in spite of our requests and your promise of 2 July that you would provide us with copies once we had supplied documents verifying the legitimacy of the Trustees appointment, you have never provided to us the communication and documents which you claim to have received. Please do so now, by return.

The Letter was sent without reference to the Company, its officers or legal advisers, and without giving the Company any opportunity to provide the documents, first requested by you at 7.58pm on 2 July, well after close of business in the Caribbean, which you claimed to require as proof of the legitimacy of the Trustees' appointment. Those documents were provided to you at 10.41am on 3 July and, you have subsequently confirmed, demonstrated to your satisfaction

**Walkers**

171 Main Street, PO Box 92, Road Town

Tortola, British Virgin Islands, VG1110

**T** +1 284 494 2204 **F** +1 284 494 5535   www.walkersglobal.com

that the Trustees are indeed legitimately appointed. However, it would appear that you sent the Letter to the Bank without waiting for those documents.

We would remind you that you are the Company's agent and that the agency relationship is a fiduciary one under which, amongst other things, the agent is bound to act in the interests of and for the benefit of his principal. To the extent that he fails to do so, the agent is liable to account to the principal in respect of his default and to compensate him for any loss and damage suffered as a result of his breach of duty.

Had you been acting in good faith, or in the interests of the Company, you would obviously have waited for a response to your email of 7.58pm on 2 July before communicating with the Bank. Our Client requires that you explain why you failed to await a response but chose instead to write to the Bank in terms which, it must have been obvious to you, were likely to occasion, and has in fact caused, serious damage to the Company.

As you might have anticipated, the Letter has caused concern and confusion at the Bank which is now declining to carry out the Company's instructions, effectively freezing its accounts. As a result, the Company has suffered, and continues to suffer, significant loss and damage for which it is entitled to hold you accountable. As an indication of the level of damage which the Company has suffered and continues to suffer, one consequence of the freezing of its account which resulted from your Letter is that the Company is currently unable to discharge one particular liability. Interest is accruing on that liability at the rate of USD27,000 a day – USD189,000 a week.

In order to mitigate that damage, our client now directs you immediately to write to the Bank, in the terms set out in the attached draft, confirming to it (i) that JGT and Silvio Vogt are the Directors of the Company; (ii) attaching a certified copy of the Register of Directors showing that JGT and Silvio Vogt are the Directors of the Company signed by a proper officer of your firm before a notary and certified by that notary as genuine; and (iii) confirming that you have verified their identity by carrying out the KYC procedures required by the laws of the Federation of St Christopher & Nevis.

Our Client further requires that you undertake, in your capacity as Registered Agent of the Company, not to correspond, write, email, test, whatsapp, fax or otherwise communicate with anyone in any form, written or oral, save for ourselves, otherwise than on the express written instructions of the Directors of the Company and their prior approval both as to the form and content of any such communication or correspondence.

All of our Clients rights are expressly reserved.

Yours faithfully,

**WALKERS**
CC. DAHLIA JOSEPH-ROWE

**BY EMAIL**

Compagnie Manegasque de Banque,
23 avenue de la costa
98000 Monaco

July 2020

Dear Sirs,

**RE SAVANNAH ADVISORS INC ("THE COMPANY")**

We are and were on 2 July 2020 the Registered Agent of the Company.

We refer to the letter of 2 July 2020 (copy attached) sent by H Edward Ryals on our behalf. Regrettably, that letter was sent in error and does not reflect the position as of 2 July 2020.

The purpose of this letter is to provide you with correct and up to date information and documentation confirming the identity of the Directors of the Company.

We attach to this letter a certified and apostilled copy of the Register of Directors of the Company (the "Register") recording that the Directors of the Company are JGT Treuunternehmen Reg ("**JGT**") and Silvio Vogt (together "**the Directors**"). We confirm that the register is true and accurate at the date of this letter.

We also attach a certified and apostilled Certificate of Incumbency which records, amongst other things, that JGT and Silvio Vogt are the directors of the Company.

We confirm that we have carried our full and robust due diligence in accordance with the laws of the Federation of Saint Christopher and Nevis and have satisfied our own KYC requirements. We have verified the legitimacy of the Directors appointment and are satisfied that have been properly and lawfully appointed as directors of the Company.

Yours faithfully,

Prestige Trust Company Ltd
Encl.

 **Prestige Trust**

*Prestige Trust Company Ltd. P.O. Box 346, Wards Building, Brown Hill, St. John's Parish, Nevis, W.I*

July 2, 2020

To Whom it May Concern:

My name is H. Edward Ryals. I am an attorney representing Prestige Trust Company Ltd. of Nevis. From information and belief, Prestige Trust Company Ltd. is or was the registered agent for SAVANNAH ADVISORS INC. of Nevis.

It is my understanding that there is a legal dispute over the funds that SAVANNAH ADVISORS INC. holds.

From my understanding, Prestige Trust Company Ltd. was told by a law firm in the British Virgin Islands to change the directors of the company recently.

I have been directed to ask that we place a hold on the change of directors until the court solves the dispute between the parties.

Neither I nor Prestige Trust Company Ltd. are a party to the dispute. We are simply acting in good faith and feel we should let the courts decide the outcome of this dispute.

Sincerely,

H. Edward Ryals
Attorney at Law

All that Prestige Trust Company Ltd. does is done with the understanding that it is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert advice is required, the services of a practicing professional person should be sought. Prestige Trust Company Ltd. Specifically disclaims any liability, loss, risk, personal or otherwise, incurred by others directly or indirectly.