# EXHIBIT 28

Gmail - Re: The Alpha Trust case developments                                              https://mail.google.com/mail/u/2?ik=648343ab0a&view=pt&search=all...

   Gmail                                                     Natalia Dozortseva <alphatrust.nd@gmail.com>

### Re: The Alpha Trust case developments

**H. Edward Ryals** <ed@generalcorporate.com>                                          4 August 2020 at 22:24
To: NATASHA GREY REDACTED >
Cc: Natalia Dozortseva REDACTED m>, Glib FITZGERALD <REDACTED >, REDACTED m

Hi Natasha,

This will confirm that I wrote and executed the July 15, 2020 letter that is attached to your email. I am also aware that there is ongoing litigation in several jurisdictions.

Thank you

On Tue, Aug 4, 2020 at 11:18 AM NATASHA GREY REDACTED > wrote:

> Dear Counsel:
>
> I write further to the subject line above. I am instructed by Mrs. Natalia Dozortseva, a trustee of the Alpha Trust (A Lichtenstein registered Trust) being the ultimate beneficial owners of Savanah Advisors Inc. a Nevis Business Corporation, for which your entity, Prestige Management Ltd. are the Registered Agents.
>
> As you know there is a heavily contentious matter in several jurisdictions surrounding the care and control of Savannah and its assets.
>
> I write further to a letter dated 15 July 2020 (attached for your ease of reference), as per the request of my client, we ask you to issue fresh correspondence detailing the following, to confirm my client's understanding:
>
> 1. The appointment of the currently listed directors is currently under determination before the Courts of Saint Kitts and Nevis.
>
> 2. There is also evidence that there are proceedings in the Principality of Liechtenstein concerning the new directors (also said to be Trustees – currently under determination in Lichtenstein) and one or more of the Trustees of Alpha Trust (the UBO) of Savannah Advisors Inc.
>
> 3. There is evidence to suggest that the amount of over USD$200 million is currently standing to the credit of Savannah Advisors Inc. in a bank account in the Principality of Monaco.
>
> 4. Since the appointment of these new directors, there have been several attempts by them to obtain documentation from you, in support of their bid to effect transfers of all of the funds in that said account to an unnamed account.
>
> 5. That you would have issued some documentation prior to Nevis court proceedings being filed – namely, a fresh directors register and certificate of incumbency, that the named directors (JGT Treuuntemehmen reg. and Silvio Vogt) have no powers to act on behalf of Savannah Advisors Inc., and that both of these documents cannot be relied on by any party.

**[ND2/51]**

6. In all the circumstances, you / Prestige would recognize (as a party to the listed proceedings) the stay ordered by His Lordship Ermin Moise, and not issue any fresh documentation or in any way accept any changes in respect of Savannah Advisors Inc. until so ordered by the High Court.

--

Kind Regards

Natasha S. Grey
Attorney-at-Law
Grey's Legal Chambers
Pond Road
Basseterre, Saint Kitts
Tel: (869)466-9839
Fax: (869)466-9649
www.greyslegalchambers.com

DISCLAIMER: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, the use or dissemination of this information in strictly prohibited and should be deleted immediately. I accept no responsibility for any viruses or for the reliability, security, inaccuracy, incompleteness, interception, corruption, loss or delay of information exchanged.

--
Sincerely,

H. Edward Ryals
Attorney at Law

General Corporate Services, Inc.
Tel. +1-954-400-1050

www.generalcorporate.com

www.assetprotectionplanners.com
www.1800company.com
www.companiesinc.com
www.offshorecompany.com
www.offshorecorporation.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable Federal or State Law. Any information contained herein has been obtained from sources believed to be reliable. However, the writer is not offering tax, legal or other professional advice. If such advice is needed the services of the appropriate practicing professional person should be sought.

[ND2/52]