# EXHIBIT 29

# WRITTTEN NOTICE OF TRANSFER OF THE POWERS
# OF THE PROTECTOR IN THE EVENT OF DISABILITY

## OF

## THE ALPHA TRUST

THIS WRITTEN NOTICE OF TRANSFER OF ALL POWERS, RIGHTS AND DUTIES OF THE PROTECTOR IN THE EVENT OF DISABILITY made the 23d day of September Two thousand and twenty by the first Protector of the ALPHA TRUST (hereinafter the "Trust") Mr. ASHOT EGIAZARYAN.

**WHEREAS**

(A) By virtue of the powers contained in Clause 14.3. of the Declaration of Trust, power is reserved to the Protector to delegate or transfer at any time by instrument in writing all or part of his powers, rights and/or duties for a specified period of time or permanently to any person or persons.

(B) By virtue of the Clause 14.3 of the Declaration of Trust, no such transfer as stated in the paragraph (A) of this Notice, shall take effect until written notice thereof has been given to the Trustees of the Trust.

(C) By the Written Instrument dated 3 April 2020 it was decided that in case of disability of the First Protector his powers shall be transferred to Mr. Alexis Gaston Thielen.

(D) The first Protector's health has deteriorated and he is currently not able to exercise his rights and obligations as a protector of the Trust,

**NOW THEREFORE BY THIS NOTICE,** in exercise of the powers conferred upon the Protector by Clause 14.3. of the Declaration of Trust, the first Protector hereby NOTIFY the Trustee of the Trust that on the 21st of September 2020 he, being temporarily under a disability, delegated all of his powers of the Protector of the Trust until his health condition improves to

Mr. ALEXIS GASTON THIELEN, born on REDACTED 1962 in Luxembourg

Signed on the 23d of September 2020:

ASHOT EGIAZARYAN, first Protector