# EXHIBIT 30

# INSTRUMENT OF REMOVAL
# OF TRUSTEES

## OF

## THE ALPHA TRUST

THIS INSTRUMENT OF REMOVAL OF A TRUSTEE is made the ____ day of October Two thousand and twenty by the Protector of the ALPHA TRUST Mr. Lex Thielen,

**WHEREAS**

(A) By virtue of the powers contained in Clause 14.5 of the Declaration of Trust, power is reserved to the Protector to dismiss the trustees by written instructions;

(B) The Protector desires to exercise the powers under the afore-mentioned provisions for the following reasons:

- Mr. Schächle and Mr Näscher (the last two acting as trustees of the ALPHA TRUST) in breach of article 10 the Declaration of Trust, which provides:

    *(1) THE minimum number of Trustees of this Trust shall be two or a trust company and the maximum number shall be five.*

    *(2) if the number of Trustees exceeds one then all the Trustees <u>have to act unanimously</u>. The Trustees are however entitled to delegate all business acts, exercise of power and discretions to one or more of their Co-Trustees to the extent as they consider in their discretion such delegation is advisable*

have been constantly refusing act unanimously with other trustees of the ALPHA TRUST Mr. Airapetov (former trustee), Ms. Dozortseva (trustee) and Ms Jouniaux(trustee) despite the numerous attempts of the latter's to obtain information about the Alpha Trust and its assets and to participate in the management of the ALPHA TRUST and the trust fund. Ms Dozortseva herself and via her lawyers sent numerous requests to both CTX (directors of CTX) and Mr Smagin's trustees, but to no avail. By refusing to cooperate Mr Smagin's trustees put themselves in breach of the Declaration of Trust and their duties.

The requests to them were made by Mr Airapetov and Ms Dozortseva on 31 March 2020, by Ms Dozortseva – on 4 April 2020, on 15 May 2020 (letter sent by BWB, Liechtenstein lawyers), on 10 July 2020 (letter sent by KNS, Liechtenstein lawyers).

- In breach of the Declaration of Trust act Mr. Mr. Schächle and Mr Näscher became the sole shareholders of SAVANNAH ADVISORS INC., a company wholly owned by the ALPHA TRUST;

- In breach of the Declaration of Trust act Mr. Mr. Schächle and Mr Näscher attempted to enter on behalf of the ALPHA TRUST into a settlement agreement with Mr. Smagin, a creditor of a former Protector of the ALPHA TRUST Mr. Ashot Egiazaryan, in relation to the assets of the ALPHA TRUST;
- In breach of the Declaration of Trust Mr. Rudolf Schächle and Mr. Raphael Näscher recognized Ms. Tsagolova as a beneficiary of the trust without consent of the Protector.
- In breach of the Declaration of Trust, on 31 March 2020, Mr. Rudolf Schächle and Mr. Raphael Näscher appointed new directors of Savannah Advisors, and those directors since 31 March 2020 have been attempting to become the sole signatories on the bank account in Monaco that holds the assets of the Alpha Trust (CMB). They also are attempting to terminate the current asset manager for the Alpha Trust (Alpenrose Wealth Management AG) and appoint a new asset manager (Kaiser Partner Privatbank AG). They've been also trying since July 2020 to transfer all funds of Savannah from CMB bank account to Kaiser Bank (account REDACTED ), which was opened without knowledge and consent of Ms Dozortseva and Ms Jouniaux;

(3) This Instrument is supplement to the Declaration of Trust.

(4) In this Instrument all terms, phrases and expressions shall have the meaning ascribed to them in the Declaration of Trust, unless otherwise defined in this Instrument or if the content requires otherwise.

**NOW THEREFORE BY THIS INSTRUMENT** in exercise of the powers conferred upon the Protector by Clause 14.5. of the Declaration of Trust, as amended, the Protector hereby **RESOLVES** that the following persons shall be removed from the trustees with effect from the date hereof:

**Mr. RUDOLF SCHÄCHLE**

**Mr. RAPHAEL NÄSCHER,**

Both from REDACTED Vaduz, Liechtenstein

Upon the removal of the above mentioned trustees the following persons will remain the trustees of the ALPHA TRUST: Ms. Natalia Dozortseva, Ms. Murielle Jouniaux.

Signed on the 28th of October 2020

Lex Thielen, Protector