# EXHIBIT 33

# ADMINISTRATEUR JUDICIAIRE
# RATNIKOV EVGUENI NIKOLAÏEVITCH

115035, Moscou, b/r 67

07.09.2019
№ 24/20

**Compagnie Monégasque de Banque**
**23 avenue de la Costa 98000 Monaco**
Phone : + 377 93 15 77 77
Fax : +377 93 25 08 69
E-mail : cmb@cmb.mc



## JUDICIAL ADMINISTRATOR RATNIKOV EVGUENI NIKOLAÏEVITCH 115035,

### Notification

By the ruling of the Moscow Arbitration Court of 20.08.2020 in the case Ne A-40-17597 / 2020 with regard to a Citizen of the Russian Federation **Vitaly Ivanovich Smagin,** born REDACTED 1970, birthplace Staroyurievo of the Tambov region, tax identification number REDACTED , initiated proceedings for restructuring the debt of the citizen.

A member of SAU "DELO" Ratnikov Evgeny Nikolaevich (tax identification number REDACTED number in the State Consolidated Register of Arbitration Managers- 15827, address for sending correspondence: REDACTEDMoscow, REDACTED⁷ ) is approved as receiver of the debtor.

The notice on the introduction to a Citizen of the Russian Federation Vitaly Ivanovich Smagin of debt restructuring proceedings was published in the official publication of the "Kommersant", the number of messages 35210028667 and in the Register Federal Bankruptcy Information (https://bankrot.fedresurs.ru), the number of messages 5370072 in accordance with Article 213.7 of the Federal Law On Insolvency (Bankruptcy) ".

Hereby I, Eugene Ratnikov, acting in the interest of the creditors of the Citizen of the Russian Federation V. Smagin, as well as on the basis of the Law of the Russian Federation on Insolvency (Bankruptcy), inform the bank about the consequences which ensue for the citizen Smagin and me, his receiver, because of the introduction of the bankruptcy procedure:

In accordance with paragraph 5 of article 213.11 of the federal law the "insolvency (bankruptcy)" in during the restructuring of the debts of a citizen transactions of acquisition, alienation or in connection with the possibility of alienation directly or indirectly of property, the value of which is more than fifty thousand rubles, of real estate , securities, shares in the authorized capital and vehicle; the receipt and issuance of loans, the obtaining of loans; the transfer of a citizen's property as collateral can only be carried out with the prior written consent of the receiver;

# [ND3/31]

In accordance with paragraph. 5 of article 213.11 of the federal law the debtor V. Smagin has the right to open a special bank account and dispose of funds, placed on him, without the consent of the receiver. However, the amount of operations carried out by V. Smagin on the management of funds placed in a special bank account may not exceed fifty thousand rubles per month.

V. Smagin or authorized persons, or persons on his order or power of attorney, have the right to dispose of funds, placed in other accounts (deposits), **only on the basis of the prior written consent of the receiver.**

I particularly inform You by this letter that, in the event of a violation of the restrictions provided by Russian law on the actions of Citizen V. Smagin on the treasury directly or indirectly, which constitute the property of Citizen V. Smagin without the consent written by its receiver are still likely to cause losses to the creditors of Citizen Smagin. If there is a risk of losses, the receiver will be obliged to ask the court to protect the interests of creditors.

I have learned that Mr. Smagin has initiated two proceedings for the enforcement of the decisions of the Liechtenstein courts against Mr. Egiazarian, with a view to recovering funds belonging to the Alpha Trust held in the Savannah Company's current account with the Monegasque Bank Commpanie. These procedures are numbered 08 EX.2016.839 and 08 EX.2016.5802, respectively.

Acting reasonably and in good faith in the interest of the creditors and the citizen debtor V. Smagin, I am very interested in receiving information and ensuring the control of the treasury, which may be listed in favor of the citizen V. Smagin or of other persons by instruction of Citizen V. Smagin, who, can claim to be the creditors of Citizen V. Smagin, which is not know for me at the moment.

Therefore, based on the laws of the Russian Federation, acting in the interest of the creditors of citizen V. Smagin, I ask:

1. Prevent transfer of funds by V. Smagin, on behalf of V. Smagin, in favor of V. Smagin in the context of the files   08 EX.2016.5802 and 08 EX.2016.839 belonging to Alpha-Trust, held in the current account of the company Savannah, including funds on the accounts of V. Smagin and other banks and / or jurisdictions, and on accounts of third parties without the prior written consent of the receiver;

2. Impose a ban on the disposal of the funds of Alpha Trust by V. Smagin which are in the current account of the Savannah company at the Banque Compagnie Monégasque de Banque without the prior written consent of the receiver.

Phone of the interim manager: +7 (985) 293-26-87
E-mail: REDACTED

Judicial receiver *signature*                    E. Ratnikov

**[ND3/32]**

# ADMINISTRATEUR JUDICIAIRE
# RATNIKOV EVGUENI NIKOLAÏEVITCH

115035, Moscou, b/r 67

07.09.2019
№ 24/20

**Compagnie Monégasque de Banque**
**23 avenue de la Costa 98000 Monaco**
**Phone : + 377 93 15 77 77**
**Fax : +377 93 25 08 69**
**E-mail : cmb@cmb.mc**

### Notification

La définition de la Cour d'Arbitrage de Moscou de 20.08.2020 dans l'affaire № A-40-17597/2020 à l'égard d'un Citoyen de la Fédération de Russie Vitaly Ivanovitch Smaguine, né REDACTED 1970, lieu de naissance Staroyurievo de la région de Tambov, numéro d'identification fiscal REDACTED , a introduit une procédure de restructuration de la dette du citoyen.

Un membre de SAU " DELO" Ratnikov Evgeny Nikolaevich (numéro d'identification fiscal REDACTED , numéro dans le registre d'état consolidé des gestionnaires d'arbitrage-15827, adresse pour l'envoi de correspondance REDACTED, Moscou, REDACTED est approuvé administrateur judiciaire du débiteur.

L'avis sur l'introduction à l'égard à la Fédération de Russie Vitaly Ivanovitch Smaguine des procédures de restructuration de la dette fut publié dans la publication officielle du «Kommersant», le nombre de messages 35210028667 et dans le Registre Fédéral des informations sur les faillites (https://bankrot.fedresurs.ru), le nombre de messages 5370072 conformément à l'article 213.7 de la loi Fédérale Sur l'insolvabilité (faillite)».

Par la présente, je – Eugène Ratnikov, agissant dans l'intérêt des créanciers du Citoyen de la Fédération de Russie V. Smaguine, ainsi que sur la base de la loi de la Fédération de Russie sur l'insolvabilité (faillite) informe la banque sur les conséquences qui en découlent pour le citoyen Smaguine et moi, son administrateur judiciaire, du fait de l'introduction de la procédure de faillite:

Conformément au paragraphe 5 de l'article 213.11 de la loi fédérale l'«insolvabilité (faillite) " au cours de la restructuration des dettes d'un citoyen les transactions d'acquisition, l'aliénation dans le cadre de la possibilité d'aliénation directement ou indirectement de la propriété, dont la valeur est plus que cinquante mille roubles, de l'immobilier, des valeurs mobilières, des actions dans le capital autorisé et véhicule; la réception et l'émission de prêts, l'obtention des prêts ; le transfert de la propriété d'un citoyen en garantie ne peut etre effectué qu'avec le consentement préalable écrit du administrateur judiciaire.

Conformément au paragraphe . 5 de l'article 213.11 de la loi fédérale le débiteur V. Smaguine a le droit à ouvrir un compte bancaire spécial et disposer de fonds, placé sur lui, sans le consentement du administrateur judiciaire. Cependant, le montant des opérations effectuées par V. Smaguine sur la gestion des fonds placés sur un compte bancaire spécial ne peut dépasser cinquante mille roubles par mois.

V. Smaguine ou les personnes autorisées, ou les personnes sur son ordre ou procuration, ont le droit de disposer de fonds, placé sur d'autres comptes (dépôts), **seulement sur la base du consentement écrit préalable du administrateur judiciaire.**

Je Vous informe particulièrement par cette lettre que, dans le cas d'une violation des restrictions prévues par la législation Russe sur les actions de citoyen V. Smaguine sur la trésorerie directement ou indirectement, qui constituent la propriété du citoyen V. Smaguine sans le consentement écrit de son administrateur judiciaire sont toujours susceptibles de causer des pertes aux créanciers du citoyen Smaguine. S'il y a le fait de causer des pertes, le administrateur judiciaire sera obligé de demander au tribunal de protéger les intérêts des créanciers.

J'ai appris que M. Smaguine avait engagé deux procédures d'exécution des décisions des tribunaux du Liechtenstein contre M. Egiazarian, en vue de recouvrer des fonds appartenant à l'Alpha Trust détenus sur le compte courant de l'entreprise Savannah auprès de la Commpanie Monégasque de Banque. Ces procédures portent les numéros 08 ex.2016.839 et 08 EX.2016.5802, respectivement.

**[ND3/33]**

Agissant raisonnablement et de bonne foi dans l'intérêt des créanciers et du débiteur citoyen V. Smaguine, je suis très intéressé à recevoir des informations et assurer le contrôle de la trésorerie, qui peuvent être énumérés en faveur du citoyen V. Smaguine ou d'autres personnes par ordre du citoyen V. Smaguine, qui, totalement ou partiellement, qu'en ce moment je ne sais pas, peuvent prétendre les créanciers du citoyen V. Smaguine.

Par conséquent, sur la base des lois de la Fédération de Russie, agissant dans l'intérêt des créanciers du citoyen V. Smaguine, je demande:

1. Prévenir transfert de fonds par V. Smaguine, au nom de V. Smaguine, en faveur de V. Smaguine dans le cadre de l'affaire 08 EX.2016.5802 et 08 EX.2016.839 appartenant à Alpha-Trust, détenus dans le compte courant de l'entreprise Savannah, à la fois sur les comptes de V. Smaguine dans d'autres banques et / ou juridictions, et sur les comptes de tiers sans le consentement écrit préalable du administrateur judiciaire;

2. Imposer une interdiction à la disposition des fonds de Alpha Trust par V. Smaguine qui sont sur le compte courant de l'entreprise Savannah à la banque Compagnie Monégasque de Banque sans le consentement écrit préalable du administrateur judiciaire.

Téléphone du gestionnaire intérimaire: +7 (985) 293-26-87
Poste électronique: REDACTED

Administrateur judiciaire _____ E. Ratnikov

**[ND3/34]**