# EXHIBIT 34

**COHEN WILLIAMS** LLP

Marc Williams <mwilliams@cohen-williams.com>

## Re: Smagin v. Yegiazaryan
1 message

Евгений Ратников <ratnikov REDACTED >  Mon, Sep 7, 2020 at 1:01 AM
To: Marc Williams <mwilliams@cohen-williams.com>

Good afternoon, I have carefully read the documents provided by you, and find the information provided in them extremely useful for creditors whose interests I represent in the bankruptcy case of Smagin V. I. In order to represent and protect their interests, I considered it necessary to apply to the Princely district court of Liechtenstein for entry into the process 08 EX. 2016. 5802.
I also intend to submit an application to the Bank of Monaco in order to protect the legal rights and interests of Mr. Smagin's creditors.
For information, I am sending you a copy of the application for entry into the process EX. 2016. 5802 to the Princely district court of Liechtenstein.
If you have any information about Mr. Smagin's disposal of funds collected from Mr. Ashot Yeghiazaryan, please let me know.

06.09.2020, 07:59, "Marc Williams" <mwilliams@cohen-williams.com>:

> To Mr. Eugene Ratnikov:
>
> I am an attorney representing Ashot Yegiazaryan in a matter known as Vitaly Ivanovich Smagin v. Ashot Yegiazaryan, which is currently pending in the United States District Court for the Central District of California, Case No. 2:14-cv-09764-RGK-PLA (the "California Action"). I have been asked to provide you with a summary of the nature and status of the California Action and related litigation, which is currently pending in Liechtenstein.
>
> Mr. Smagin initiated the California Action on December 22, 2014, to confirm an arbitration award of approximately USD $84 million that Mr. Smagin obtained against Mr. Yegiazaryan on November 14, 2014, in London, England (the "London Arbitration Award"). On March 31, 2016, the court in the California Action confirmed the arbitration award and entered a USD $92,503,652 judgment against Mr. Yegiazaryan in favor of Mr. Smagin. Since entry of the judgment in the California Action, Mr. Smagin has endeavored to enforce the judgment in the California Action, but to date, Mr. Smagin has not collected any amounts based on either the judgment or the underlying London Arbitration Award.
>
> Although I do not represent Mr. Yegiazaryan in Liechtenstein, I understand that Mr. Smagin confirmed the London Arbitration Award in Liechtenstein and has initiated multiple actions there to seek to collect on the London Arbitration Award from a trust, known as the Alpha Trust, of which Mr. Yegiazaryan was named as the "settlor" and the "protector" at its inception. I have come to learn that the Alpha Trust has assets of approximately USD $180 million, which funds were derived from a settlement in favor of Mr. Yegiazaryan arising from an unrelated arbitration against Suleyman Kerimov. It is my understanding that the funds are held in a bank account in Monaco.
>
> I am aware of three separate but related lawsuits in Liechtenstein, which involve the Alpha Trust, and Mr. Smagin's efforts to collect on the London Arbitration Award from that trust. Those proceedings and their status are best described in the attached declarations of Mortiz Blasy, who is Mr. Yegiazaryan's attorney in Liechtenstein. Each of these declarations were filed in the California Action to explain the status of the Liechtenstein proceedings to the court in California.
>
> Please do not hesitate to contact me if you require additional information.
>
> Thank you,
>
> Marc
>
> Marc S. Williams

**CW000039**

**COHEN WILLIAMS** LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162

Fax: 213-232-5167
mwilliams@cohen-williams.com
www.cohen-williams.com

---

📄 **Erklärung - Mitteilung.pdf**
1091K

**CW000040**