# EXHIBIT 38



October 7, 2020

Nicholas O. Kennedy
BAKER & McKENZIE LLP
1900 North Peral Street, Suite 1500
Dallas, TX 75201
Email: Nicholas.kennedy@bakermckenzie.com

      **Re:**    **Vitaly Ivanovich Smagin**

Mr. Kennedy:

    As you know, we represent Ratnikov Evgeny Nikolaevich, who has been appointed as the insolvency officer for your client, Vitaly Ivanovich Smagin, pursuant to a ruling by the Arbitration Court of Moscow dated August 20, 2020 (Case No. A40-17597/2020). A copy of that ruling is enclosed and was included as Exhibit A to the declaration of Mr. Ratnikov in support of his motion to intervene in the matter of *Smagin v. Yegiazaryan*, Case No. 2:14-cv-09764-PGK-PLA (C.D. Cal.) (the "CACD Action"). *See* CACD Action Dkt. 312-1.

    We understand that on September 16, 2020, the Court in the CACD Action entered an order providing that if defendant Ashot Yegiazaryan failed to comply with the Court's order, sanctions would accrue at the rate of $2,000 per day, payable to Mr. Smagin care of your firm. *See id.* Dkt. 315. We further understand that sanctions have accrued and continue to accrue, and that Mr. Yegiazaryan to date has paid at least $12,000 to Mr. Smagin care of your firm.

    Pursuant to Article 213.11 of Federal Law No. 127-FZ, Mr. Smagin is prohibited from entering into any transactions transferring or disposing of his assets valued in excess of 50,000 rubles (approximately $639.50 U.S. dollars), without the written consent of Mr. Ratnikov as his duly appointed insolvency officer. Accordingly, we ask that you please confirm by no later than 5:00 p.m. tomorrow, October 8, 2020, the amount of sanctions payments received by Mr. Smagin. We also ask that you confirm that any such payments (and any payments received in the future) shall remain held in your trust account and have not been disbursed (including but not limited to by payment or crediting against any of unpaid invoices of your firm), and will continue to be held in trust pending either written instructions/approval from Mr. Ratnikov or further order of the Arbitration Court of Moscow.

    We appreciate your attention to and cooperation in this matter.

                        Sincerely,

                        **BIENERT|KATZMAN PC**

                        Anthony R. Bisconti

cc: Barry Thompson (barry.thompson@bakermckenzie.com); Christina Wong (christina.wong@bakermckenzie.com)