NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
BAKER & McKENZIE LLP
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: 214 978 3000
Facsimile: 214 978 3099

ATTORNEY(S) FOR: Plaintiff VITALY IVANOVICH SMAGIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY IVANOVICH SMAGIN<br><br>Plaintiff(s),<br>v.<br>COMPAGNIE MONÉGASQUE DE BANQUE a/k/a CMB BANK, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:20-cv-11236<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff VITALY IVANOVICH SMAGIN_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| VITALY IVANOVICH SMAGIN | Plaintiff |
| ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN | Defendant |
| SUREN YEGIAZARYAN a/k/a SUREN EGIAZARIAN | Defendant |
| ARTEM YEGIAZARYAN a/k/a ARTEM EGIAZARYAN | Defendant |
| STEPHAN YEGIAZARYAN a/k/a STEPHAN EGIAZARYAN | Defendant |
| VITALY GOGOKHIA | Defendant |
| NATALIA DOZORTSEVA | Defendant |
| MURIELLE JOUNIAUX | Defendant |
| ALEXIS GASTON THIELEN | Defendant |
| RATNIKOV EVGENY NIKOLAEVICH | Defendant |
| H. EDWARD RYALS | Defendant |
| PRESTIGE TRUST COMPANY, LTD. | Defendant |

December 10, 2020                     /s/ Nicholas O. Kennedy
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff VITALY IVANOVICH SMAGIN