**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| BAKER & MCKENZIE LLP<br>Barry J. Thompson, Esq. (SBN 150349)<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 201-4728   FAX NO. *(Optional)*: (310) 201-4721<br>E-MAIL ADDRESS *(Optional)*: barry.thompson@bakermckenzie.com<br>ATTORNEY FOR *(Name)*: Plaintiff VITALY IVANOVICH SMAGIN | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC]
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: VITALY IVANOVICH SMAGIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMPAGNIE MONEGASQUE DE BANQUE, etc.; et al. | 2:20-cv-11236 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>1912228CB |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Related Cases; Notice of Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Order Re Transfer Pursuant to General Order 19-03 (Related Cases); Standing Order Regarding Newly Assigned Cases
3. a. Party served *(specify name of party as shown on documents served)*:
   ARTEM YEGIAZARYAN a/k/a ARTEM EGIAZARYAN, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   342 Hauser Boulevard, Apartment 429, Los Angeles, California 90036
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 12/29/2020   (2) at *(time)*: 1:25 p.m.
   b. ☐ **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: VITALY IVANOVICH SMAGIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMPAGNIE MONEGASQUE DE BANQUE, etc.; et al. | 2:20-cv-11236 |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):  (2) from (city):

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* ARTEM YEGIAZARYAN a/k/a ARTEM EGIAZARYAN, an individual
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)         [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation) [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)       [ ] 415.46 (occupant)
                                        [✓] other: FRCP 4(e)(2)(A)

7. **Person who served papers**
   a. Name: Danny Sor. Ace Attorney Service, Inc.
   b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
   c. Telephone number: (213) 623-3979
   d. The fee for service was: $ 587.34
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [✓] a registered California process server:
         (i) [ ] owner [✓] employee [ ] independent contractor.
         (ii) Registration No.: 2019104183
         (iii) County: LOS ANGELES

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: January 4, 2021

DANNY SOR
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)