**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vitaly Ivanovich Smagin <br><br> PLAINTIFF(S) <br> v. <br> Compagnie Monegasque De Banque et al <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 2:20-cv-11236-RGK-PLA <br><br> **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by     Defendant
Artem Egiazaryan     is hereby:

[✓]  GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: January 26, 2021            /s/  R. GARY KLAUSNER
                                   United States District/Magistrate Judge

[ ]  DENIED
*Comments:*

Dated: _____            _____
                                 United States District/Magistrate Judge

CV-05 Order (12/15)      ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING