POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BAKER & McKENZIE LLP<br>Barry J. Thompson, Esq. (SBN 150349)<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 201-4728   FAX NO. (Optional): (310) 201-4721<br>E-MAIL ADDRESS (Optional): barry.thompson@bakermckenzie.com<br>ATTORNEY FOR (Name): Plaintiff VITALY IVANOVICH SMAGIN | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC]
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: VITALY IVANOVICH SMAGIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMPAGNIE MONEGASQUE DE BANQUE, etc.; et al. | 2:20-cv-11236 -DDP-JCx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 1916644CB |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents):* Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Related Cases; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Order Re Transfer Pursuant to General Order 19-03 (Related Cases); Standing Order Regarding Newly Assigned Cases
3. a. Party served *(specify name of party as shown on documents served):*
   ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   1915 Carla Ridge, Beverly Hills, California 90210
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*        (2) at *(time):*
   b. ✓ **by substituted service.** On *(date):* 01/13/2021   at *(time):* 5:37 pm  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   "Jane Doe" (Russian female, 50 yrs., 5'5", 150 lbs., Blue eyes, Blonde hair), Occupant
   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ✓ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ✓ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 01/14/21  from *(city):* LOS ANGELES    or ☐ a declaration of mailing is attached.
   (5) ✓ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: VITALY IVANOVICH SMAGIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMPAGNIE MONEGASQUE DE BANQUE, etc.; et al. | 2:20-cv-11236 -DDP-JCx |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:   (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN, an individual
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☑ other: FRCP 4(e)(2)(B)

7. **Person who served papers**
   a. Name: Erika Garcia, Ace Attorney Service, Inc.
   b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
   c. Telephone number: (213) 623-3979
   d. The fee for service was: $ 882.93
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner ☑ employee ☐ independent contractor.
         (ii) Registration No.: 2019206319
         (iii) County: LOS ANGELES

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: January 20, 2021

ERIKA GARCIA
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signed)* (SIGNATURE)

## DECLARATION OF DUE DILIGENCE

| | |
|---|---|
| CASE NAME: | **VITALY IVANOVICH SMAGIN** |
| | v. |
| | **COMPAGNIE MONEGASQUE DE BANQUE a/k/a CMB BANK; et al.** |
| CASE NUMBER: | 2:20-cv-11236 -DDP-JCx |

We are and were on the dates herein mentioned, over the age of 18 years and not a party to the action. We received the within process on *December 28, 2020* and after due diligent effort, we have been unable to effect personal service of the following documents on the within named: **SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF RELATED CASES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES); STANDING ORDER REGARDING NEWLY ASSIGNED CASES**

| | |
|---|---|
| Name: | **ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN, an individual** |
| 1st Address: | **1915 Carla Ridge**<br>**Beverly Hills, California 90210** |
| 2nd Address: | **655 Endrino Place**<br>**Beverly Hills, California 90210** |
| 3rd Address: | **16754 Via La Costa**<br>**Pacific Palisade, California 90272** |

Dates and times of attempts with reported detail is listed below.

| Date | Time | Location | Server | Result |
|---|---|---|---|---|
| 12/29/20 | 12:48 p.m. | 1st Address | D. Sor | I arrived at the address given for service of process. The address corresponds a gated residence. I knocked on the door a couple of times but received no answer. There were packages detected at the front door of the residence. |
| 12/29/20 | 1:10 p.m. | 2nd Address | D. Sor | I arrived at the address given for service of process. The address corresponds to a gated residence. I was unable to gain access inside the gated residence. The intercom does not work. I knocked on the gate a couple of times but received no answer. |
| 12/30/20 | 5:32 p.m. | 2nd Address | M. Hayes-Cooper | I arrived at the address given for service of process. I tried calling using the call box, but it does not work. No vehicles were detected. No lights were detected at the residence. I spoke to a neighbor across the street who stated no one is ever at the residence. Further, he stated he sees someone at the residence maybe three (3) times a month as far as he knows. No other information was provided. |
| 01/03/21 | 6:36 p.m. | 1st Address | M. Hayes-Cooper | I arrived at the address given for service of process. I knocked on the door a couple of times but received no answer. |
| 01/03/21 | 6:36 p.m. | 2nd Address | M. Hayes-Cooper | I arrived at the address given for service of process. I was unable to gain access inside the gated residence. It appears that it needs a code to enter in the side gate. No vehicles were detected. The porch light was on at the residence. No activity was detected. |
| 01/04/21 | 5:36 p.m. | 1st Address | M. Hayes-Cooper | I arrived at the address given for service of process. I spoke to "Jane Doe" (Russian female, 50's, 5'7", 130 lbs., Blonde hair) who stated she has no knowledge of the subject. Further, she stated she rented this residence for three (3) weeks for the holidays. No other information was provided. |
| 01/04/21 | 5:53 p.m. | 2nd | M. | I arrived at the address given for service of process. I was unable to |

*#1916644CB*

| | | | | |
|---|---|---|---|---|
| | | Address | Hayes-Cooper | gain access inside the gated residence. The same porch light was on at the residence. No vehicles were detected. No activity was detected. |
| 01/11/21 | 5:46 p.m. | 3rd Address | E. Garcia | I arrived at the address given for service of process. The address corresponds to a gated community. I was escorted by the security inside the community. There were three (3) cars parked outside the residence. There was a white Volkswagen SUV (8JVV857), black Porshe (8EXU832) and a silver Toyota Scion (8PEV236). I spoke to Olga "Doe" who stated no one by the subject's name lives at this location. No further, information was provided. I spoke to the security who stated only Olga "Doe" and her husband lives at this location but a young man who drives the Scion comes a lot to visit and that maybe he is the subject. No further, information was provided. |
| 01/13/21 | 5:37 p.m. | 1st Address | E. Garcia | I arrived at the address given for service of process. There was a dark grey Prius parked in the driveway. There were noises detected from a female and two (2) males talking inside the residence and having dinner. I knocked on the door a couple of times but received no answer, but seconds later a female responded with "who is it" and opened the door. I spoke to "Jane Doe" (Russian female, 50 yrs., 5'5", 150 lbs., Blue eyes, Blonde hair), Occupant who stated the subject was not in. As such, I substituted service upon "Jane Doe" (Russian female, 50 yrs., 5'5", 150 lbs., Blue eyes, Blonde hair), Occupant on behalf of ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN. |

We declare under penalty of perjury that the foregoing is true and correct. Executed this *20th* day of *January 2021* at *Los Angeles, California*.

Process Server for
**Ace Attorney Service, Inc.**
811 Wilshire Boulevard, Suite 900
Los Angeles, California 90017

_____
**Danny Sor**

_____
**Michael Hayes-Cooper**

_____
**Erika Garcia**

*#1916644CB*