POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| BAKER & MCKENZIE LLP<br>Barry J. Thompson, Esq. (SBN 150349)<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>TELEPHONE NO.: (310) 201-4728    FAX NO. *(Optional)*: (310) 201-4721<br>E-MAIL ADDRESS *(Optional)*: barry.thompson@bakermckenzie.com<br>ATTORNEY FOR *(Name)*: Plaintiff VITALY IVANOVICH SMAGIN | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC]
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: VITALY IVANOVICH SMAGIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMPAGNIE MONEGASQUE DE BANQUE, etc.; et al. | 2:20-cv-11236 -DDP-JCx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>1916682SI |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Related Cases; Notice of Assignment to united States Judge; Notice to Parties of Court-Directed ADR Program; Order Re Transfer Pursuant to General Order 19-03 (Related Cases); Standing Order Regarding Newly Assigned Cases
3. a. Party served *(specify name of party as shown on documents served)*:
      PRESTIGE TRUST COMPANY, LTD.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Stevyn L. Bartlette, Director, authorized person to accept service of process

4. Address where the party was served:
   3303 North Lakeview Drive, Apartment 421, Tampa, Florida 33618
5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 01/16/2021    (2) at *(time)*: 6:37 p.m. [EST]
   b. [ ] **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: VITALY IVANOVICH SMAGIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COMPAGNIE MONEGASQUE DE BANQUE, etc.; et al. | 2:20-cv-11236-DDP-JCx |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: PRESTIGE TRUST COMPANY, LTD.
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                                            ☑ other: FRCP 4(h)(1)

7. **Person who served papers**
  a. Name: James D. Woods, Ace Attorney Service, Inc.
  b. Address: 13876 Southwest 56th Street, Suite 200, Miami, Florida 33175
  c. Telephone number: (305) 772-8804
  d. **The fee** for service was: $765.00
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
        (i) ☐ owner ☐ employee ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: January 22, 2021

JAMES D. WOODS     ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)