Ashot Egiazaryan
655 Endrino Place
Beverly Hills, CA 90210
310-739-6033
Defendant



FILED
CLERK, U.S. DISTRICT COURT
02/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: SW   DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN, <br><br> Plaintiff, <br><br> v. <br><br> ASHOT YEGIAZARYAN, <br><br> Defendant. | Case No. 14-cv-09764-R-(PLAx) <br><br> NOTICE OF RESOLUTION OF DISPUTE AS TO SERVICE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT <br><br> [No hearing] |

TO THE COURT:

Ashot Egiazaryan, in pro per, hereby files this notice of resolution of dispute as to service with Plaintiff and extension of time to respond to complaint. Plaintiff states it served Ashot, but that service was not proper since the complaint was not actually served on Ashot. Ashot and Plaintiffs agreed to enter into a Waiver agreement so that service is correct and so Ashot has time to respond to the complaint, which Ashot and Plaintiff agreed would be 30 days after February 5, 2021. Attached hereto is a true and correct copy of the Waiver. As a result, Ashot will file his response to the Complaint within 30 days of February 5, 2021.

Dated:  February 16, 2021 

_____
Ashot Egiazaryan

Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
BAKER & McKENZIE LLP
1900 North Pearl Street, Suite 1500
Dallas, TX 75201 - Telephone: 214 978 3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY IVANOVICH SMAGIN, <br><br> PLAINTIFF(S) <br> v. <br> COMPAGNIE MONÉGASQUE DE BANQUE, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:20-cv-11236-RGK (PLAX) <br><br> **WAIVER OF SERVICE OF SUMMONS** |

To: __Nicholas O. Kennedy__
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

   I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 30 days after* __February 5, 2021__ or within ___ days after that date if the request was sent outside the United States.

*Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.*

__02/06/2021__
Date Signed by Receiving Party

Ashot Yegiazaryan
Name

655 Endrino Place
Street Address

Beverly Hills CA 90270 USA
City, State, Zip Code

Signature: [signed]

+1/310/739-6053
Telephone Number and Fax Number

___
Relationship to Entity on Whose Behalf I am Acting

___
Name of Party Waiving Service

**Duty to Avoid Unnecessary Costs of Service of Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

CV-108 (06/98)                                   WAIVER OF SERVICE OF SUMMONS