# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY IVANOVICH SMAGIN<br><br>PLAINTIFF(S)<br><br>v.<br><br>COMPAGNIE MONEGASQUE DE BANQUE, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20−cv−11236−RGK−PLA<br><br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

　　It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

　　Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

  Defendants Prestige Trust Company, Ltd.

  Suren Yegiazaryan, an individual aka Suren Egiazarian

  Ashot Yegiazaryan, an individual aka Ashot Egiazaryan


　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

  February 18, 2021　　　　　　　　　　　　By   /s/ *Jenny Lam*
  Date　　　　　　　　　　　　　　　　　　Deputy Clerk

CV−37 (10/01)　　　　　　　　　　**DEFAULT BY CLERK F.R.Civ.P. 55(a)**