UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Vitaly Ivanovich Smagin | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S), | 2:20-cv-11236-RGK (PLAx) |
| v. | |
| Compagnie Monegasque De Banque et al | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO:  U. S. District Judge(s)
     U. S. Magistrate Judge(s)
     Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☑ the following scanned document ☑ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: DEFAULT BY CLERK F.R.Civ.P.55(a)

Filed Date: 2/18/2021                                Document Number: 28

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3, ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: Default By clerk F.R.Civ.P.55(a) as to Defendant Ashot yegiazaryan issued in error. Time to respond as to Defendant Ashot Yegiazaryan has not expired (Dkt No. [23]). Clerk will re-issue a Default as to Defendants Prestige Trust Company, Ltd., Suren Yegiazaryan, an individual aka Suren Egiazarian.

CLERK, U.S. DISTRICT COURT

Date 2/19/2021                                By: /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
                                                    Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (04/09)                            **NOTICE OF CLERICAL ERROR**