1  MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
2  Asa W. Markel (Bar No. 263029)
   amarkel@masudafunai.com
3  19191 South Vermont Avenue, Suite 420
4  Torrance, CA  90502
   Telephone:  (310) 630-5900
5  Facsimile:  (310) 630-5909
6
   Attorneys for Defendant Alexis Gaston Thielen
7
8
              **UNITED STATES DISTRICT COURT**
9
        **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**
10
11
| VITALY IVANOVICH SMAGIN, | Case No:  2:20-cv-11236-RGK(PLAx) |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)** |
| COMPAGNIE MONÉGASQUE DE BANQUE a/k/a CMB Bank; ASHOT YEGIAZARYAN a/k/a Ashot Egiazaryan, an individual; SUREN YEGIAZARYAN a/k/a Suren Egiazaryan, an individual; ARTEM YEGIAZARYAN a/k/a Artem Egiazaryan, an individual; STEPHAN YEGIAZARYAN a/k/a Stephan Egiazaryan, an individual; VITALY GOGOKHIA, an individual; NATALIA DOZORTSEVA, an individual; MURIELLE JOUNIAUX, an individual; ALEXIS GASTON THIELEN, an individual; RATNIKOV EVGENY NIKOLAEVICH, an individual; H. EDWARD RYALS, an individual; and PRESTIGE TRUST COMPANY, LTD. | **Complaint served: Feb. 15, 2021**<br>**Current response date: Mar. 8, 2021**<br>**New response date: Apr. 7, 2021** |
| Defendants. | |

Pursuant to Local Rule 8-3, Defendant Alexis Gaston Thielen and Plaintiff Vitaly Ivanovich Smagin hereby stipulate to the extension of the time for Defendant Alexis Gaston Thielen to respond to the Plaintiff's complaint by thirty (30) days. Previously, Defendant Thielen's response was due on or before March 8, 2021 and will now be due on or before April 7, 2021.

DATED: March 5, 2021         MASUDA, FUNAI, EIFERT,
                             & MITCHELL, LTD.


                             By:___/s/ Asa W. Markel_____
                                  Asa W. Markel

                             Attorneys for Defendant Alexis Gaston Thielen

DATED: March 5, 2021         BAKER & McKENZIE LLP


                             By:___/s/ Nicholas O. Kennedy_____
                                  Nicholas O. Kennedy
                                  Barry J. Thompson

                             Attorneys for Plaintiff Vitaly Ivanovich Smagin

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Torrance, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 19191 South Vermont Avenue, Suite 420, Torrance, California, 90502. On the date signed below, I served the documents named below on the parties in this action as follows:

**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**

Upon the parties named below as follows:

See attached service list.

☒ (BY MAIL WHERE INDICATED) I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Torrance, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document(s) was/were transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to Rule 2001 et. seq. of the Cal. Rules of Court, I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration, unless service by facsimile transmission was executed as a matter of professional courtesy.

☐ (BY PERSONAL SERVICE WHERE INDICATED) I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

☒ (BY ELECTRONIC TRANSMISSION WHERE INDICATED) I caused the above-referenced document(s) to be transmitted electronically to the interested parties in this action to their most recently known email address, via email.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on March 5, 2021 at Torrance, California.

                                                         /s/ Asa Markel
                                                         Asa Markel

Service List:

Nicholas O. Kennedy, Esq.                nicholas.kennedy@bakermckenzie.com
Baker & McKenzie LLP
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
*Attorneys for Plaintiff*
(via e-service)

Barry J. Thompson, Esq.                  barry.thompson@bakermckenzie.com
Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
*Attorneys for Plaintiff*
(via e-service)

Kevin M. Askew, Esq.                     kaskew@orrick.com
Michael C. Tu, Esq.                      mtu@orrick.com
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
*Attorneys for Defendant Compagnie Monégasque de Banque*
(via e-service)

Ashot Yegiazaryan
655 Endrino Place
Beverly Hills, California 90210
*Defendant pro se*
(via U.S. Mail)

Artem Egiazaryan                         artem3artem@gmail.com
342 Hauser Boulevard, Apt. 429
Los Angeles, California 90036
*Defendant pro se*
(via e-mail)