NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Valerie F. Horn, Esq.
Valerie F. Horn & Associates, APLC
1901 Avenue of the Stars, Suite 1905
Los Angeles, CA  90067
Telephone:  (310) 888-8494
Facsimile:    (310) 888-8499
Email: thehornbooklaw@gmail.com

ATTORNEY(S) FOR: Defendant H. Edward Ryals

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Vitaly Ivanovich Smagin,

Plaintiff(s),

v.

Compagnie Monegasque De Banque et al

Defendant(s).

CASE NUMBER: 2:20-cv-11236-RGK-PLA

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  H. Edward Ryals or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant CMB Monaco (formerly known as Compagnie Monégasque de Banque) | Defendant |
| Mediobanca – parent corporation of CMB Monaco | Defendant |
| Chubb – insurance carrier. | Defendant |

March 26, 2021
Date

/s/ Valerie F. Horn
Signature

Attorney of record for (or name of party appearing in pro per):

H. Edward Ryals