Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: 214 978 3000
Facsimile: 214 978 3099

Barry J. Thompson (State Bar No. 150349)
barry.thompson@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Telephone: 310 201 4728
Facsimile: 310 201 4721

Attorneys for Plaintiff
VITALY IVANOVICH SMAGIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

VITALY IVANOVICH SMAGIN,

Plaintiff,

v.

COMPAGNIE MONÉGASQUE DE BANQUE a/k/a CMB BANK; ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN, an individual; SUREN YEGIAZARYAN a/k/a SUREN EGIAZARIAN, an individual; ARTEM YEGIAZARYAN a/k/a ARTEM EGIAZARYAN, an individual; STEPHAN YEGIAZARYAN aka STEPHAN EGIAZARYAN, an individual; VITALY GOGOKHIA, an individual; NATALIA DOZORTSEVA, an individual; MURIELLE JOUNIAUX, an individual; ALEXIS GASTON THIELEN, an individual; RATNIKOV EVGENY NIKOLAEVICH, an individual; H. EDWARD RYALS, an individual; and PRESTIGE TRUST COMPANY, LTD.,

Defendants.

**Case No. 2:20-cv-11236-RGK-PLA**

**NOTICE OF APPEAL OF PLAINTIFF VITALY IVANOVICH SMAGIN TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; and**

**REPRESENTATION STATEMENT**

Courtrm: 850
Before: The Hon. R. Gary Klausner

Roybal Federal Building and
U.S. Courthouse
255 East Temple Street
Los Angeles, CA 90012

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:20-cv-11236-RGK-PLA
PLAINTIFF SMAGIN'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Vitaly Ivanovich Smagin ("Mr. Smagin"), the plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Minute Order Granting Defendant Ashot Yegiazaryan's Motion to Dismiss, entered in this case on May 5, 2021 ("Order") (Docket No. 95). A true and correct copy of the Order is attached hereto as **Exhibit 1**.

Respectfully Submitted,

Dated: May 24, 2021

**BAKER & MCKENZIE LLP**

By: *<u>/s/ Nicholas O. Kennedy</u>*

Nicholas O. Kennedy
Barry J. Thompson

Attorneys for Plaintiff
VITALY IVANOVICH SMAGIN

1

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:20-cv-11236-RGK-PLA
PLAINTIFF SMAGIN'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT

**REPRESENTATION STATEMENT**

The undersigned represents Vitaly Ivanovich Smagin ("Mr. Smagin"), plaintiff and appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel, if any, by name, firm, address, email and telephone number, where appropriate. Fed. R. App. P. 12(b); Circuit Rule 3-2(b).)

Respectfully Submitted,

Dated: May 24, 2021

**BAKER & MCKENZIE LLP**

By: *<u>/s/ Nicholas O. Kennedy</u>*

Nicholas O. Kennedy
Barry J. Thompson

Attorneys for Plaintiff
VITALY IVANOVICH SMAGIN

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

## SERVICE LIST OF REPRESENTATION STATEMENT

**Plaintiff and Appellant**:
Vitaly Ivanovich Smagin

**Counsel for Plaintiff and Appellant Vitaly Ivanovich Smagin**:
Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
Baker & McKenzie LLP
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: 214 978 3000
Facsimile: 214 978 3099

Barry J. Thompson (State Bar No. 150349)
barry.thompson@bakermckenzie.com
Baker & McKenzie LLP
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Telephone: 310 201 4728
Facsimile: 310 201 4721

**Defendant and Appellee Ashot Yegiazaryan a/k/a Ashot Egiazaryan, in Pro Per**:
Mr. Ashot Yegiazaryan
655 Endrino Place
Beverly Hills, CA 90210
Tel: 310.739.6033
Email: forashot1@gmail.com

**Defendant Compagnie Monegasque de Banque - Counsel**:
Michael C. Tu (State Bar No. 186793)
mtu@orrick.com
Kevin M. Askew (State Bar No. 238866)
kaskew@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

**Defendant Suren Yegiazaryan a/k/a Suren Egiazaryan, in Pro Per**:
Mr. Suren Yegiazaryan
1915 Carla Ridge
Beverly Hills, CA 90201

**Defendant Artem Yegiazaryan a/k/a Artem Egiazaryan, in Pro Per**:
Mr. Artem Egiazaryan
artem3artem@gmail.com
342 Hauser Blvd., Apt. 429
Los Angeles, CA 90036
Telephone: 310.926.1772

**Defendant Stephan Yegiazaryan a/k/a Stephan Egiazaryan, in Pro Per**:
Mr. Stephan Yegiazaryan
Ul. Leninskiye Gory 1, Apt 91
Moscow, 119234
Russia

**Defendant Vitaly Gogokhia, in Pro Per**:
Mr. Vitaly Gogokhia
California Building - Deals Gateway
Lewisham, London SE13 7SF
United Kingdom

**Defendant Natalia Dozortseva, in Pro Per**:
Ms. Natalia Dozortseva
9 Rue Des Etables
06620 Greolieres - France

**Defendant Murielle Jouniaux, in Pro Per**:
Ms. Murielle Jouniaux
271 Chemin de Saint Julien
06410 BIOT - France

4

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:20-cv-11236-RGK-PLA
PLAINTIFF SMAGIN'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT

**<u>Defendant Alexis Gaston Thielen - Counsel</u>**:
Masuda, Funai, Eifert & Mitchell, Ltd.
Asa W. Markel (Bar No. 263029)
amarkel@masudafunai.com
David J. Stein (*pro hac vice*)
dstein@masudafunai.com
19191 South Vermont Avenue, Suite 420
Torrance, CA 90502
Telephone: (310) 630-5900
Facsimile: (310) 630-5909

**<u>Defendant Ratnikov Evgeny Nikolaevich, in Pro Per</u>**:
Mr. Ratnikov Evgeny Nikolaevich
Mail Box 67
Moscow, 115035
Russia

**<u>Defendant H. Edward Ryals - Counsel</u>**:
Valerie F. Horn, Esq. (CSB No. 151161)
Valerie F. Horn & Associates
A Professional Law Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067-1507
Telephone: (310) 888-8494
Facsimile: (310) 888-8499
Email: thehornbooklaw@gmail.com

**<u>Defendant Prestige Trust Company, Ltd.</u>**:
Prestige Trust Company, Ltd.
Attention: Stevyn L. Bartlette
3303 N. Lakeview Drive, Apt. No. 421,
Tampa, FL 33618

5

Baker & McKenzie LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067
Tel: 310.201.4728

Case No. 2:20-cv-11236-RGK-PLA
PLAINTIFF SMAGIN'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT