| | |
|---|---|
| 1 | Nicholas O. Kennedy (SBN 280504) |
| 2 | nicholas.kennedy@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 3 | 1900 North Pearl Street, Suite 1500<br>Dallas, TX  75201 |
| 4 | Telephone:  214 978 3000<br>Facsimile:   214 978 3099 |
| 5 | Barry J. Thompson (SBN 150349) |
| 6 | barry.thompson@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 7 | 10250 Constellation Blvd., Suite 1850<br>Los Angeles, CA  90067 |
| 8 | Telephone:  310 201 4728<br>Facsimile:   310 201 4721 |

Attorneys for Plaintiff
VITALY IVANOVICH SMAGIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>Plaintiff,<br><br>v.<br><br>COMPAGNIE MONÉGASQUE DE BANQUE a/k/a CMB BANK; ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN, an individual; SUREN YEGIAZARYAN a/k/a SUREN EGIAZARIAN, an individual; ARTEM YEGIAZARYAN a/k/a ARTEM EGIAZARYAN, an individual; STEPHAN YEGIAZARYAN aka STEPHAN EGIAZARYAN, an individual; VITALY GOGOKHIA, an individual; NATALIA DOZORTSEVA, an individual; MURIELLE JOUNIAUX, an individual; ALEXIS GASTON THIELEN, an individual; RATNIKOV EVGENY NIKOLAEVICH, an individual; H. EDWARD RYALS, an individual; and PRESTIGE TRUST COMPANY, LTD.,<br><br>Defendants. | Case No.  2:20-cv-11236-RGK-PLA<br><br>**Date Complaint Filed:<br>December 11, 2020**<br><br>**NOTICE OF ENTRY OF U.S. BANKRUPTCY COURT ORDER TERMINATING RECOGNITION AND RELIEF AND DISMISSING CHAPTER 15 CASE AND DENYING MOTION TO MODIFY ORDERS AS MOOT**<br><br>**Location: Courtroom 850, 8th Floor**<br><br>**Before the Honorable<br>         R. Gary Klausner<br>United States District Court<br>Roybal Federal Building,<br>255 East Temple Street<br>Los Angeles, CA  90012** |

1 | NOTICE TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE THAT on October 3, 2023, the U.S. Bankruptcy Court for the Central District of California issued an *Order Terminating the Recognition and Relief and Dismissing Chapter 15 Case and Denying the Motion to Modify Orders as Moot* [Docket No. 312], in the case entitled *In Re: Vitaly Ivanovich Smagin, Debtor in a Foreign Proceeding* ("Order"), Case No. 2:21-bk-15342-BB. A certified copy of the Order is attached hereto as **Exhibit 1**.

Dated:   October 11, 2023         **BAKER & McKENZIE LLP**

By: */s/ Nicholas O. Kennedy*
    Nicholas O. Kennedy
Attorneys for Plaintiff
VITALY IVANOVICH SMAGIN

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is Baker & McKenzie LLP, Two Embarcadero Center, Suite 1100, San Francisco, CA 94111.

On October 11, 2023, I caused the below document to be served:

**NOTICE OF ENTRY OF U.S. BANKRUPTCY COURT ORDER TERMINATING RECOGNITION AND RELIEF AND DISMISSING CHAPTER 15 CASE AND DENYING MOTION TO MODIFY ORDERS AS MOOT**

on the following:

| | |
|---|---|
| ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN<br>655 Endrino Place<br>Beverly Hills, CA 90210<br>EMAIL: forashot1@gmail.com | Defendant Pro SE |

☒ BY ELECTRONIC MAIL  I caused the attached list of documents to be transmitted to the email address(es) as listed above.  No electronic message or other indication that the transmission was unsuccessful was retrieved within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed on October 11, 2023, in San Francisco, California.

_Nada K. Hitti_
Nada Hitti