MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
Asa W. Markel (Bar No. 263029)
amarkel@masudafunai.com
Jiwon J. Yhee (*pro hac vice*)
jyhee@masudafunai.com
Shane Bekian (Bar No. 343957)
sbekian@masudafunai.com
19191 South Vermont Avenue, Suite 420
Torrance, CA  90502
Telephone:  (310) 630-5900
Facsimile:  (310) 630-5909
Attorneys for Defendant Alexis Gaston Thielen

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br>     Plaintiff,<br><br>vs.<br><br>COMPAGNIE MONÉGASQUE DE BANQUE a/k/a CMB Bank; ASHOT YEGIAZARYAN a/k/a Ashot Egiazaryan, an individual; SUREN YEGIAZARYAN a/k/a Suren Egiazaryan, an individual; ARTEM YEGIAZARYAN a/k/a Artem Egiazaryan, an individual; STEPHAN YEGIAZARYAN a/k/a Stephan Egiazaryan, an individual; VITALY GOGOKHIA, an individual; NATALIA DOZORTSEVA, an individual; MURIELLE JOUNIAUX, an individual; ALEXIS GASTON THIELEN, an individual; RATNIKOV EVGENY NIKOLAEVICH, an individual; H. EDWARD RYALS, an individual; and PRESTIGE TRUST COMPANY, LTD.,<br>     Defendants. | Case No:  2:20-cv-11236-RGK-MAA<br><br>**THIELEN'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 [RE-FILED]**<br><br>**Hon. R. Gary Klausner**<br>**Date:    May 13, 2024**<br>**Time:    9:00 a.m.**<br>**Courtroom: 850, 8th Floor** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE THAT** on May 13, 2024, at 9:00 a.m., before the Honorable R. Gary Klausner, United States District Judge for the Central District of California, located at Courtroom 850, 8th Floor, Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Defendant Alexis Gaston Thielen will and hereby does move for Summary Judgment in his favor and against Plaintiff as to the claims asserted in his Corrected Third Amended Complaint ECF No. 280-1.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 3, 2024.

DATED:  April 12, 2024

                    Respectfully Submitted,

                    **MASUDA, FUNAI, EIFERT,**
                    **& MITCHELL, LTD.**

              By: /s/ Jiwon J. Yhee
                    Asa W. Markel
                    Jiwon J. Yhee
                    Shane E. Bekian

                    Attorneys for Defendant Alexis Gaston Thielen

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Torrance, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 19191 South Vermont Avenue, Suite 420, Torrance, California, 90502. On the date signed below, I served the documents named below on the parties in this action as follows:

**THIELEN'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 [RE-FILED]**

Upon the parties named below as follows:

See attached service list.

☐ (BY MAIL WHERE INDICATED) I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Torrance, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document(s) was/were transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to Rule 2001 et. seq. of the Cal. Rules of Court, I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration, unless service by facsimile transmission was executed as a matter of professional courtesy.

☐ (BY PERSONAL SERVICE WHERE INDICATED) I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

☒ (BY ELECTRONIC TRANSMISSION WHERE INDICATED) I caused the above-referenced document(s) to be transmitted electronically to the interested parties in this action to their most recently known email address, via email.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on April 12, 2024 at Torrance, California.

*Yuko Perdue*
Yuko Perdue

Service List:

Nicholas O. Kennedy, Esq.     nicholas.kennedy@bakermckenzie.com
Baker & McKenzie LLP
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
*Attorneys for Plaintiff*
(via CM/ECF)

Barry J. Thompson, Esq.     barry.thompson@bakermckenzie.com
Thomas A. D. Tysowsky, Esq.     thomas.tysowsky@bakermckenzie.com
Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
*Attorneys for Plaintiff*
(via CM/ECF)

Kevin M. Askew, Esq.     kaskew@orrick.com
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
*Attorneys for Defendant Compagnie Monégasque de Banque*
(via CM/ECF)

Michael C. Tu, Esq.     mctu@cooley.com
Sharon Soohyun Song     ssong@cooley.com
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
*Attorneys for Defendant CMB MONACO (f/k/a COMPAGNIE MONÉGASQUE DE BANQUE)*
(via CM/ECF)

Mazda K. Antia, Esq.     mantia@cooley.com
Cristina M. Ferruolo, Esq.     cferruolo@cooley.com
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
*Attorneys for Defendant CMB MONACO (f/k/a COMPAGNIE MONÉGASQUE DE BANQUE)*
(via CM/ECF)

Artem Egiazaryan     artem3artem@gmail.com
342 Hauser Boulevard, Apt. 429
Los Angeles, California 90036
*Defendant pro se*
(via CM/ECF)

| | |
|---|---|
| John M. Genga, Esq. | jgenga@gengalaw.com |
| Genga & Associates, P.C. | |
| 16501 Ventura Blvd., Suite 400 | |
| Encino, CA 91436 | |
| *Attorneys for Defendant Ashot Yegiazaryan* | |
| (via CM/ECF) | |
| | |
| Khurram A. Nizami, Esq. | khurram@nizamilaw.com |
| Law Office of Khurram A. Nizami | |
| 22287 Mulholland Hwy., #355 | |
| Calabasas, CA 91302 | |
| *Attorneys for Defendant Suren Egiazaryian* | |
| (via CM/ECF) | |
| | |
| H. Edward Ryals | ed@stlouisfamilylawgroup.com |
| 7501 Murdoch Avenue | |
| St. Louis, Missouri 63119 | |
| Tel: (314) 926-0939 | |
| Defendant pro se | |
| (via e-mail) | |