**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>    Plaintiff,<br>  vs.<br><br>COMPAGNIE MONÉGASQUE DE BANQUE a/k/a CMB Bank; ASHOT YYEGIAZARYAN a/k/a Ashot Yegiazaryan, an individual; SUREN YYEGIAZARYAN a/k/a Suren Yegiazaryan, an individual; ARTEM YYEGIAZARYAN a/k/a Artem Yegiazaryan, an individual; STEPHAN YYEGIAZARYAN a/k/a Stephan Yegiazaryan, an individual; VITALY GOGOKHIA, an individual; NATALIA DOZORTSEVA, an individual; MURIELLE JOUNIAUX, an individual; ALEXIS GASTON THIELEN, an individual; RATNIKOV EVGENY NIKOLAEVICH, an individual; H. EDWARD RYALS, an individual; and PRESTIGE TRUST COMPANY, LTD.,<br>    Defendants. | Case No: 2:20-cv-11236-RGK-MAA<br><br>**[PROPOSED] JUDGMENT ON ALL CLAIMS AGAINST DEFENDANT ALEXIS GASTON THIELEN**<br><br>Date:        May 13, 2024<br>Time:       9:00 a.m. PST<br>Judge:      Hon. R. Gary Klausner<br>Courtroom: 850, 8th Floor |

THE COURT, having considered Defendant Alexis Gaston Thielen's motion for summary judgment in this action, and finding good cause therefore,

IT IS ORDERED, ADJUDGED AND DECREED:

1. that Plaintiff Vitaly Ivanovich Smagin shall take nothing against Defendant Alexis Gaston Thielen, with all claims against Defendant Alexis Gaston Thielen hereby dismissed on the merits; and

2. that Defendant Alexis Gaston Thielen shall recover against Plaintiff Vitaly Ivanovich Smagin the sum of $_____ for his costs of suit, bearing interest at _____% per annum from the date of entry of this Judgment; and

3. the Court, finding no just cause for the delay of entry of judgment in favor of Defendant Alexis Gaston Thielen, directs that this Judgment be entered forthwith and separately from the Court's determinations on the claims between other parties in this action.

DATED: _____

_____
Hon. R. Gary Klausner
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Torrance, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 19191 South Vermont Avenue, Suite 420, Torrance, California, 90502. On the date signed below, I served the documents named below on the parties in this action as follows:

**[PROPOSED] JUDGMENT ON ALL CLAIMS AGAINST DEFENDANT ALEXIS GASTON THIELEN**

Upon the parties named below as follows:

See attached service list.

☐ (BY MAIL WHERE INDICATED) I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Torrance, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document(s) was/were transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to Rule 2001 et. seq. of the Cal. Rules of Court, I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration, unless service by facsimile transmission was executed as a matter of professional courtesy.

☐ (BY PERSONAL SERVICE WHERE INDICATED) I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

☒ (BY ELECTRONIC TRANSMISSION WHERE INDICATED) I caused the above-referenced document(s) to be transmitted electronically to the interested parties in this action to their most recently known email address, via email.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on April 12, 2024 at Torrance, California.

*Yuko Perdue*
Yuko Perdue

Service List:

Nicholas O. Kennedy, Esq.　　　　　　nicholas.kennedy@bakermckenzie.com
Baker & McKenzie LLP
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
*Attorneys for Plaintiff*
(via CM/ECF)

Barry J. Thompson, Esq.　　　　　　　barry.thompson@bakermckenzie.com
Thomas A. D. Tysowsky, Esq.　　　　　thomas.tysowsky@bakermckenzie.com
Baker & McKenzie LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
*Attorneys for Plaintiff*
(via CM/ECF)

Kevin M. Askew, Esq.　　　　　　　　kaskew@orrick.com
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
*Attorneys for Defendant Compagnie Monégasque de Banque*
(via CM/ECF)

Michael C. Tu, Esq.　　　　　　　　　mctu@cooley.com
Sharon Soohyun Song　　　　　　　　ssong@cooley.com
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
*Attorneys for Defendant CMB MONACO (f/k/a COMPAGNIE MONÉGASQUE DE BANQUE)*
(via CM/ECF)

Mazda K. Antia, Esq.　　　　　　　　mantia@cooley.com
Cristina M. Ferruolo, Esq.　　　　　　cferruolo@cooley.com
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
*Attorneys for Defendant CMB MONACO (f/k/a COMPAGNIE MONÉGASQUE DE BANQUE)*
(via CM/ECF)

Artem Egiazaryan　　　　　　　　　　artem3artem@gmail.com
342 Hauser Boulevard, Apt. 429
Los Angeles, California 90036
*Defendant pro se*
(via CM/ECF)

| | | |
|---|---|---|
| 1 | | |
| 2 | John M. Genga, Esq. | jgenga@gengalaw.com |
| | Genga & Associates, P.C. | |
| 3 | 16501 Ventura Blvd., Suite 400 | |
| | Encino, CA 91436 | |
| 4 | *Attorneys for Defendant Ashot Yegiazaryan* | |
| | (via CM/ECF) | |
| 5 | | |
| 6 | Khurram A. Nizami, Esq. | khurram@nizamilaw.com |
| | Law Office of Khurram A. Nizami | |
| 7 | 22287 Mulholland Hwy., #355 | |
| | Calabasas, CA 91302 | |
| 8 | *Attorneys for Defendant Suren Egiazaryian* | |
| | (via CM/ECF) | |
| 9 | | |
| 10 | H. Edward Ryals | ed@stlouisfamilylawgroup.com |
| | 7501 Murdoch Avenue | |
| 11 | St. Louis, Missouri 63119 | |
| | Tel: (314) 926-0939 | |
| 12 | Defendant pro se | |
| | (via e-mail) | |