# EXHIBIT 3

04/06 2015 18:56    CODEX TREUHAND AG    #0350 P.001/002



CTX
Treuhand

## Telefax

| | | | |
|---|---|---|---|
| An/To: | GIBSON, DUNN & CRUTCHER LLP | Datum/Date: | 04.06.2015 TW/nw 50269 |
| | Mr Cyrus Benson  Telefax No.: | +44 20 7070 92 39 | |
| | Telephone House, 2-4 Temple Avenue | Seiten/Pages: | 2 (inkl. Deckblatt/including cover sheet) |
| | London EC4Y 0HB | | |
| | United Kingdom | | |

## STRICTLY PRIVATE AND CONFIDENTIAL



Diese Fax-Nachricht ist nur für den genannten Empfänger bestimmt. Die in dieser Fax-Nachricht und deren Anlagen enthaltenen Informationen sind vertraulich und unterliegen dem Berufsgeheimnis. Sofern Sie nicht der genannte Empfänger sind, ist jede Verwendung, Offenlegung, Vervielfältigung oder Weiterverbreitung strengstens verboten. Sollten Sie diese Fax-Nachricht irrtümlich erhalten, bitten wir Sie, dies dem Absender mitzuteilen und die Fax-Nachricht endgültig zu vernichten.

This fax message is intended only for the use of the named recipient. Information contained in this fax message and its attachments are privileged, confidential and protected from disclosure. Any dissemination, distribution or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender of this message and then permanently delete it.

Sitz der Gesellschaft: 9490 Vaduz
ÖR-Nr. FL-0002.042.435-5
MWSt.-Nr. 54902

CTX Treuhand Aktiengesellschaft Lova-Center, P.O. Box 1150, 9490 Vaduz, Liechtenstein
Telefon +423 399 48 40, Fax +423 399 48 41, office@codextrust.com, www.codextrust.com

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    Respondent 003310

**RE: ASHOT EGIAZARYAN**

Bank: Compagnie Monégasque de Banque
23 avenue de la Costa
MC 98000 Monaco

Account Name: Savannah Advisors Inc

Acc. No.: 631562

IBAN: MC58 1756 9000 0163 1562 0000 170

Swift: CMBMMCMX



2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          Respondent 003311