# EXHIBIT 4

**Michael Adler**

| | |
|---|---|
| **From:** | Drew Holiner <dholiner@monckton.com> |
| **Sent:** | Friday, June 05, 2015 2:47 AM |
| **To:** | Benson, Cyrus |
| **Subject:** | RE: A fax has arrived from remote ID ". |

Certainly; thanks for this information.

-----Original Message-----
From: Benson, Cyrus [mailto:CBenson@gibsondunn.com]
Sent: Friday, June 5, 2015 10:40 AM
To: Drew Holiner
Subject: FW: A fax has arrived from remote ID ".

Fyi. Can I leave with you to tell Ashot? Thanks, Cy

Cyrus Benson

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
Telephone House 2-4 Temple Avenue, London, EC4Y 0HB Tel +44 (0)20 7071 4239 * Fax +44 (0)20 7070 9239
CBenson@gibsondunn.com * www.gibsondunn.com Gibson, Dunn & Crutcher LLP is a limited liability partnership registered in Delaware. Authorised and regulated by the Solicitors Regulation Authority (Number 324652).


-----Original Message-----
From: Guyton, Kim
Sent: 05 June 2015 10:31
To: Benson, Cyrus
Cc: Bailey, Tony; O'Gorman, Maurice
Subject: RE: A fax has arrived from remote ID ".

Hi Cy,

Please be advised the payment for $188,146,102.08 to Savannah Advisors Inc. has been sent.

Thanks Kim

Kim Guyton
Accounting/Billing Specialist

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
Telephone House 2-4 Temple Avenue, London, EC4Y 0HB Tel +44 (0)20 7071 4129 * Fax +44 (0) 20 7071 4244
KGuyton@gibsondunn.com * www.gibsondunn.com

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    Respondent 003304

Gibson, Dunn & Crutcher LLP is a limited liability partnership registered in Delaware. Authorised and regulated by the Solicitors Regulation Authority (Number 324652).


-----Original Message-----
From: O'Gorman, Maurice
Sent: 04 June 2015 17:57
To: Guyton, Kim
Cc: Bailey, Tony
Subject: FW: A fax has arrived from remote ID ".

Hi Kim,

Could you set this up first thing.

Thanks
Maurice

Maurice O'Gorman
Billing Specialist

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
Telephone House 2-4 Temple Avenue, London, EC4Y 0HB Tel +44 (0)20 7071 4141 * Fax +44 (0) 20 7071 4244
MOGorman@gibsondunn.com * www.gibsondunn.com

Gibson, Dunn & Crutcher LLP is a limited liability partnership registered in Delaware. Authorised and regulated by the Solicitors Regulation Authority (Number 324652).


-----Original Message-----
From: Benson, Cyrus
Sent: 04 June 2015 17:54
To: Bailey, Tony; O'Gorman, Maurice
Subject: FW: A fax has arrived from remote ID ".

Here is the client's account to which the transfer from the 94708 client account should be made. I assume we have missed the deadline today, but let's try to get it done first thing tomorrow. As noted in the client's instruction I forwarded earlier today, we are to retain $3 million in the client account and transfer the balance to the attached account. Many thanks, Cy

Cyrus Benson

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                Respondent 003305

Telephone House 2-4 Temple Avenue, London, EC4Y 0HB Tel +44 (0)20 7071 4239 * Fax +44 (0)20 7070 9239 CBenson@gibsondunn.com * www.gibsondunn.com Gibson, Dunn & Crutcher LLP is a limited liability partnership registered in Delaware. Authorised and regulated by the Solicitors Regulation Authority (Number 324652).

-----Original Message-----
From: faxadmin@gibsondunn.com [mailto:faxadmin@gibsondunn.com]
Sent: 04 June 2015 17:51
To: Benson, Cyrus
Subject: A fax has arrived from remote ID ".

A fax has arrived from remote ID ".
---------------------------------------------------------
6/4/2015 6:49:19 PM Transmission Record
    Received from remote ID:
    Inbound user ID 14515, routing code 0709239
    Result: (0/352;0/0) Successful Send
    Page record: 1 - 2
    Elapsed time: 00:46 on channel 6

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                              Respondent 003306