# EXHIBIT 32

**Lex Thielen**

| | |
|---|---|
| De: | Lex Thielen |
| Envoyé: | dimanche 29 mars 2020 17:20 |
| À: | SP Legal16; Natalia Dozortseva |
| Objet: | Lettre de mission - anglais |
| Pièces jointes: | Lettre de mission - anglais.docx |

1

CONFIDENTIAL                                                                 THIELEN00255

Luxembourg, ... *(date)*

# MANDATE & FEE AGREEMENT

between:

**Mr. Ahot Egiazaryan**, residing in the United States

hereafter called "the client,"

and:

**Mr Lex THIELEN**, solicitor, established in L-1636 Luxembourg, 10 rue Willy Goergen,

hereafter called "the lawyer,"

The following has been agreed upon:

1. **Subject matter**

The client entrusts the lawyer with his defense and the representation of his interests as well as with legal assistance in the context of the litigation/ file regarding his Trust in Liechtenstein, Alpha Trust as well as his Nevis company Savannah Advisors.

The mission entrusted to the lawyer is in particular the following: ...

1

- Review the current situation in emergency
- Evaluate the consequences of the Liechtenstein decisions regarding the trust
- Recommend possible actions
-

As part of this mission, the lawyer shall get from the current trustee Codex, in particular Thomas Wilhelm all necessary information and documentation relating to he trust in general and the current situation in articular, and take all necessary measures, including, in particular, procedural acts, administrative procedures, legal analyses, replacement of representatives, correspondence, meetings, searches and representation of the client.

The lawyer's mission concerns the legal and procedural aspects of the file. It does not include economic or investment advice.

## 2. Rights and obligations of the client and the lawyer

### a) Information

The client and the lawyer shall inform each other mutually of all the facts and circumstances concerning the legal case and the development of the procedure. They shall transmit to each other all evidence, documents and correspondence necessary for this exchange of information.

The lawyer shall take every procedural act which he considers justified in the higher interest of his client, to whom he shall submit, if necessary, the submissions and acts prepared by him.

In case of urgency or necessity, the lawyer may be represented at the hearing by a colleague of his choice, except in the case of formal oppostion by the client.

### b) Eventuality of a conciliation or settlement

In case the client approaches the other party in view of setting up a conciliation or settlement, he must inform the lawyer and submit the draft of the conciliation or of the settlement to him.

If it is the other party in person who directly makes him a proposal for an amicable solution or settlement, the client shall inform his own lawyer.

Finally, if a conciliation is reached or a settlement is concluded between the parties, with or without the assistance of the lawyer, the fees,

2

CONFIDENTIAL

THIELEN00257

including the success fees, shall be determined in accordance with the present agreement.

c) *Exclusivity*

Any advices, acts or services whatsoever of the lawyer in the context of this mission shall be carried out exclusively for the client.

Except with the lawyer's prior written consent, the client neither has the right to forward or notify them to a physical or legal third party, nor to use them for other purposes, nor to make them public.

3. **Limitation of liability**

Any liability of the lawyer arising from or in connection with this agreement shall be limited to an amount that does not exceed the amount of seven times his fees in this file.

4. **Anti-money laundering and KYC**

In the framework of the legislation regarding anti-money laundering and the financing of terrorism, as well as the circular notes of the Bar Association in this matter, the lawyer will submit to the client a form that the client shall fill out in detail and with honesty, and shall sign, attaching the requested documents.

The client is informed and accepts that, on the basis of the aforementioned provisions, the lawyer may carry out a "KYC" ("Know Your Client") review procedure regarding him, the outcome of which may force him to renounce to his mission under the present agreement and to lay down his mandate.

5. **Confidentiality**

The lawyer and the staff of his law firm are bound by the professional secrecy.

The lawyer will at all times respect the confidential nature of the information and data of which he will have knowledge under this agreement, which are outside the public domain.

6. **End of this agreement**

The present agreement ends with the fulfillment of his mandate by the lawyer, that is in particular obtaining a final and enforceable judgment,

3

the voluntary execution of the decision taken or the introduction by the one or the other party to the litigation of grounds for appeal, the signing of a settlement, or in general the fulfillment of the goal pursued by the client, or the client's renunciation to that goal.

In case of follow-up of the enforcement by the lawyer, the costs already incurred shall be charged by him to the client.

The client may terminate this agreement at any time, in writing, with immediate effect. In this case, the services already rendered and the costs already advanced remain due, and any additional agreed remuneration or percentages remain valid.

The lawyer may terminate this agreement at any time, in writing, with a reasonable advance notice period. The termination of the contract and the laying down of his mandate by the lawyer may be carried out with immediate effect for legitimate reasons, and in particular in case of non-payment of his down payment invoices or for compliance reasons regarding the client.

### 7.    Governing law and jurisdiction

This agreement is governed by the Luxembourg law.

The client's attention is drawn to the fact that in case of dispute with the lawyer, the client, who is considered a consumer in the sense of the law, has the possibility to try to find an amicable solution by bringing the matter before the Consumer Mediator, in accordance with the Consumer Code.

He may always require the taxation of the fees by the Bar Association.

The courts of the District of Luxembourg shall alone have jurisdiction for any litigation.

Signed in as many copies as parties by email, given the emergency, in Luxembourg and the USA, on March 29th 2020.

The client                                                                          The lawyer

CONFIDENTIAL                                                                                THIELEN00259

Luxembourg, 29th of March 2020

# LEGAL SERVICES & FEE AGREEMENT

between:

Mr Ashot Egiazaryan, residing in the United States

hereafter called "the client,"

and:

Mr Lex THIELEN, solicitor, established in L-1636 Luxembourg, 10 rue Willy Goergen,

hereafter called "the lawyer,"

The following has been agreed upon:

1. **Subject matter**

The client entrusts the lawyer with his defense and the representation of his interests as well as with legal assistance in the context of the

litigation/ file regarding trust in Liechtenstein Alpha Trust, as well as his Nevis Company Savannah Advisors

The mission entrusted to the lawyer concerns in particular the review of the current situation, in emergency, to evaluate the consequences of the Liechtenstein decisions regarding the trust, to recommend possible actions, etc

As part of this mission, the lawyer shall get from the current trustee Codex, in particular Thomas Wilhelm, all necessary information and documentation relating to the trust in general and the current situation in particular, andtake all necessary measures, including, in particular, procedural acts, administrative procedures, legal analyses, correspondence, meetings, searches and representation of the client.

The lawyer's mission concerns the legal and procedural aspects of the file. It does not include economic or investment advice.

If the lawyer was to take any more active role , like a trustee or Protector, the client commits to hold him harmless for any law suit lodged against him, including covering his legal fees.

### 2. Rights and obligations of the client and the lawyer

#### a) *Information*

The client and the lawyer shall inform each other mutually of all the facts and circumstances concerning the legal case and the development of the procedure. They shall transmit to each other all evidence, documents and correspondence necessary for this exchange of information.

The lawyer shall take every procedural act which he considers justified in the higher interest of his client, to whom he shall submit, if necessary, the submissions and acts prepared by him.

In case of urgency or necessity, the lawyer may be represented at the hearing by a colleague of his choice, except in the case of formal oppostion by the client.

#### b) *Eventuality of a conciliation or settlement*

In case the client approaches the other party in view of setting up a conciliation or settlement, he must inform the lawyer and submit the draft of the conciliation or of the settlement to him.

If it is the other party in person who directly makes him a proposal for an amicable solution or settlement, the client shall inform his own lawyer.

Finally, if a conciliation is reached or a settlement is concluded between the parties, with or without the assistance of the lawyer, the fees, including the success fees, shall be determined in accordance with the present agreement.



#### c) *Exclusivity*

Any advices, acts or services whatsoever of the lawyer in the context of this mission shall be carried out exclusively for the client.

Except with the lawyer's prior written consent, the client neither has the right to forward or notify them to a physical or legal third party, nor to use them for other purposes, nor to make them public.

### 3. Limitation of liability

Any liability of the lawyer arising from or in connection with this agreement shall be limited to an amount that does not exceed the amount of his fees in this file.

### 4. Anti-money laundering and KYC

In the framework of the legislation regarding anti-money laundering and the financing of terrorism, as well as the circular notes of the Bar Association in this matter, the lawyer will submit to the client a form that the client shall fill out in detail and with honesty, and shall sign, attaching the requested documents.

The client is informed and accepts that, on the basis of the aforementioned provisions, the lawyer may carry out a "KYC" ("Know Your Client") review procedure regarding him, the outcome of which may force him to renounce to his mission under the present agreement and to lay down his mandate.

### 5. Confidentiality

The lawyer and the staff of his law firm are bound by the professional secrecy.

The lawyer will at all times respect the confidential nature of the information and data of which he will have knowledge under this agreement, which are outside the public domain.

### 6. End of this agreement

The present agreement ends with the fulfillment of his mandate by the lawyer, that is in particular obtaining a final and enforcable judgment, the voluntary execution of the decision taken or the introduction by the one or the other party to the litigation of grounds for appeal, the signing of a settlement, or in general the fulfillment of the goal pursued by the client, which is in this case would mean get back the control of the trust, or the client's renunciation to that goal.

In case of follow-up of the enforcement by the lawyer, the costs already incurred shall be charged by him to the client.

The client may terminate this agreement at any time, in writing, with immediate effect. In this case, the services already rendered and the costs already advanced remain due, and any additional agreed remuneration or percentages remain valid.

CONFIDENTIAL

THIELEN00262

The lawyer may terminate this agreement at any time, in writing, with a reasonable advance notice period. The termination of the contract and the laying down of his mandate by the lawyer may be carried out with immediate effect for legitimate reasons, and in particular in case of non-payment of his down payment invoices or for compliance reasons regarding the client.

### 7. Governing law and jurisdiction

This agreement is governed by the Luxembourg law.

The client's attention is drawn to the fact that in case of dispute with the lawyer, the client, who is considered a consumer in the sense of the law, has the possibility to try to find an amicable solution by bringing the matter before the Consumer Mediator, in accordance with the Consumer Code. He may always require the taxation of the fees by the Bar Association. The courts of the District of Luxembourg shall alone have jurisdiction for any litigation.

### 8. Fees

The client and the lawyer agree of a fee corresponding to 1% of the assets of the trust, without a minimum of 2.000.000.-USD (2 million US dollars )

Signed in as many copies as parties, in Luxembourg and United States on March 29th 2020 with each party acknowledging that having received an original.

The client                                      The lawyer

CONFIDENTIAL                                                    THIELEN00263