# EXHIBIT 63

| | |
|---|---|
| **From:** | Song, Sharon <ssong@cooley.com> |
| **Sent:** | Monday, April 15, 2024 1:33 PM |
| **To:** | Tysowsky, Tom |
| **Cc:** | Antia, Mazda; Tu, Michael C.; Kennedy, Nicholas; Gerson, Jacqueline; Hitti, Nada K; Ayala, Carmen; Thompson, Barry; Ferruolo, Cristina M. |
| **Subject:** | RE: [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions |

Counsel,

We write to follow up about CMB's custodians and the search terms that have been run on these custodian documents.

**Custodians**

We previously identified eleven custodians (#1-11 below). We further agree for purposes of compromise to include Elvira Pugni as a custodian, and we've already included her documents for the search term hit counts below. For these twelve custodians, CMB and its vendor have expended significant efforts to process more than 1.2 TB of data that included more than 3 million searchable items.

1. Lea Barbera
2. Laetitia Simonneau
3. Philippe Audra
4. Anthony Gregoire
5. Federico Limiti
6. Werner Peyer
7. Francesco Grosoli
8. Kamran Djavadi
9. Isabelle Teisseire
10. Emiliano Caradonna
11. Aurelie Pestoni
12. Elvira Pugni

**Search terms**

We ran the following search terms across the above listed custodians. As discussed during the third IDC with Magistrate Judge Audero, given that we will have to review the documents to ensure information involving unrelated third parties will not be produced pursuant to Monaco's bank secrecy laws, we ran a tailored set of search terms that we believe encompass the documents pertaining to this case, yet are still proportional and reasonable. Please see the hit counts below, which total more than 172K documents. Note there are three search terms relating to Alpenrose that have unreasonably high hit counts, likely because Alpenrose is an external asset manager that works with other unrelated client accounts at CMB - we have proposed modified search terms for those three terms in red.

| # | Query 1: Search Terms #1-56 | Hits |
|---|---|---|

| | | |
|---|---|---|
| 1 | "Alpha Trust" | 1,215 |
| 2 | "Central Transportation Company" | 0 |
| 3 | "Centurion Alliance" | 138 |
| 4 | "Centurion Park" | 8 |
| 5 | "Clear Voice" | 127 |
| 6 | "Moncton Chambers" | 22 |
| 7 | "Prestige Trust" | 268 |
| 8 | Airapetov | 91 |
| 9 | Alpenrose<br><br>Alpenrose w/20 Savannah<br><br>Alpenrose w/20 (Egiazarian OR Egiazaryian OR Yegiazarian)<br><br>Alpenrose w/20 Ashot | 59,652 |
| 10 | Artem w/3 Egiazarian | 86 |
| 11 | Artem w/3 Egiazaryian | 18 |
| 12 | Artem w/3 Yegiazarian | 14 |
| 13 | Artem w/3 Yegiazaryan | 133 |
| 14 | Ashot | 4,736 |
| 15 | Barannikov | 26 |
| 16 | Bartlette | 75 |
| 17 | CTC | 1,362 |
| 18 | CTX | 2,168 |
| 19 | Dozortseva | 710 |
| 20 | Egiazarian | 604 |
| 21 | Egiazaryan | 2,094 |
| 22 | Egyazaryian | 0 |
| 23 | Europark | 348 |
| 24 | Evtushenko | 97 |
| 25 | Gabris<br><br>Gabris w/20 Savannah<br><br>Gabris w/20 (Egiazarian OR Egiazaryian OR Yegiazarian)<br><br>Gabris w/20 Ashot | 24,498 |

| 26 | Gibson w/3 Dunn | 445 |
| 27 | Gogokhia | 394 |
| 28 | Holiner | 134 |
| 29 | Jouniaux | 439 |
| 30 | Kerimov | 551 |
| 31 | Lefevre | 3,543 |
| 32 | Naescher | 46 |
| 33 | Nikolaus w/3 Wilhelm | 328 |
| 34 | Pestrikov | 23 |
| 35 | Ratnikov | 574 |
| 36 | Ryals | 190 |
| 37 | Savannah | 9,841 |
| 38 | Schaechle | 33 |
| 39 | Semenov | 39 |
| 40 | Semyonov | 22 |
| 41 | Smagin | 1,490 |
| 42 | Soyuzinvest | 14 |
| 43 | Steiner<br><br>Steiner w/20 Savannah<br><br>Steiner w/20 (Egiazarian OR Egiazaryian OR Yegiazarian)<br><br>Steiner w/20 Ashot | 24,349 |
| 44 | Suleyman | 473 |
| 45 | Suren | 3,922 |
| 46 | Thielen | 344 |
| 47 | Thomas w/3 Wilhelm | 484 |
| 48 | Tsagolova | 207 |
| 49 | Yegiazarian | 98 |
| 50 | Yegiazaryan | 983 |
| 51 | Yegyazaryan | 0 |
| 52 | (Stephan OR Stepan) w/3 Egiazarian | 21 |
| 53 | (Stephan OR Stepan) w/3 Egiazaryian | 9 |
| 54 | (Stephan OR Stepan) w/3 Yegiazarian | 8 |
| 55 | (Stephan OR Stepan) w/3 Yegiazaryan | 168 |
| 56 | airapetov@protonmail.com | 0 |
| 57 | Alphatrust.nd@gmail.com | 37 |
| 58 | artem3artem@gmail.com | 4 |

| 59 | dholiner@monckton.com | 12 |
| 60 | ed@generalcorporate.com | 0 |
| 61 | ed@stlouisfamilylawgroup.com | 0 |
| 62 | forashot1@gmail.com | 5 |
| 63 | ksemenov@mail.ru | 0 |
| 64 | leo.steiner@alpenrosewealth.com | 14,544 |
| 65 | lt@lexthielen.com | 0 |
| 66 | NWilhelm@codextrust.com | 53 |
| 67 | pierre.gabris@alpenrosewealth.com | 10,351 |
| 68 | r.naescher@wns.li | 29 |
| 69 | r.schaechle@wns.li | 29 |
| 70 | ratnikov79@yandex.ru | 3 |
| 71 | stevyn@prestigetrustco.com | 1 |
| 72 | surok100@gmail.com | 86 |
| 73 | trustcontact15@gmail.com | 40 |
| 74 | TWilhelm@codextrust.com | 48 |
| 75 | Vasiliy.evgh@gmail.com | 0 |

**Total hits**: 172,904

Best,
Sharon

Sharon Song
Cooley LLP
355 S. Grand Avenue
Los Angeles, CA 90071
+1 213 561 3236 office
ssong@cooley.com

www.cooley.com/people/sharon-song

Twitter | Facebook | LinkedIn

Cooley is committed to racial justice

**From:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Sent:** Monday, March 25, 2024 4:14 PM
**To:** Song, Sharon <ssong@cooley.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas
<Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K
<Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry
<Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>
**Subject:** RE: [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer
Discussions

**[External]**

Sharon,

At the parties' last IDC hearing, Magistrate Judge Audero ordered the parties to continue to meet and confer regarding CMB's search terms and custodians it will use in its searches.  Accordingly, the remaining search terms and custodians that the parties must discuss are provided below.  Please let us know when CMB is available to meet and confer.

- Search terms that CMB contends are not relevant:
  - Sergey Pugachev -
    - This individual is alleged to have been used by the enterprise to enlist the false trustees.  *See* SAC Ex. 50 at 13.  The SAC also alleges that CMB was instrumental in developing the enterprise's scheme which used the false trustees.
  - spfrlegal18@gmail.com
    - This email address is for Sergey Pugachev.
  - Alexander Pugachev
    - This individual is Sergey Pugachev's son, who was at one point sharing a residence of Ashot Yegiazaryan's.
  - Pugachev
    - See above.
  - Glib Fitzgerald
    - This individual was listed on correspondence with Pugachev and Dozortseva.
  - Glib
    - See above.
  - Fitzgerald
    - See above.
  - spgliblawyerinhouse@gmail.com
    - This is the email address for Glib Fitzgerald.
  - Andrei Melkoumov
    - Melkoumov provided a declaration in support of Plaintiff's previous briefing, which was also submitted in support of the SAC.  *See* SAC Ex. 76.  Melkoumov asserts he corresponded with Defendants in this case.
  - Melkoumov
    - See above.
  - Melkumov
    - See above
  - Trevor Gabriel
    - In Melkoumov's declaration, Trevor Gabriel is identified as someone who had communications with CMB.  *See* SAC Ex. 76, ¶¶27-28.
  - Trevor
    - See above.
  - Gabriel
    - See above.
- Search terms that CMB claims would create an undue burden:
  - Suren
  - Artem
  - Artyom
  - Stepan
  - Stephan
  - Stephen
  - Vasily
  - Natalia
  - Natalya
  - Kirill
  - Cyrill
  - Evgeny
  - Trust
  - Trustee
  - fiduciaire du trust
  - Protector
  - Protecteur
  - settlor
  - Leo
  - Nikolaus

- o Thomas
- o Stevyn
- o Rudolf
- o Rafael
- o Drew
- o Dmitry
- o Liechtenstein
- o Nevis
- o Igor
- o Contempt

Given that analysis of the above search terms require a weighing of relevance against the claimed burden caused by using the search term, please confirm when CMB will be able to provide "hit counts" for each of the terms above.

- Search terms that have not yet been discussed by the parties:
  - o Christoph Buechel - a lawyer for Defendant and alleged coconspirator CTX Treuhand
    - Christoph
    - Buechel
    - cbuechel@wbr.li
  - o Nevis@prestigetrustco.com - another e-mail address of Prestige Trust Company
  - o office@codextrust.com - another e-mail for CTX Treuhand
  - o Codex - name of the director-legal entity for Savannah Advisors
  - o DPH - short name often used for Drew Holiner
  - o Robin Hunziker - an employee of Alpenrose Wealth Management
    - Robin
    - Hunziker
    - robin.hunziker@alpenrosewealth.com
  - o Sarah Ackermann - another employee of Alpenrose Wealth Management
    - Sarah
    - Ackermann
    - sarah.ackermann@alpenrosewealth.com
  - o Simone Röllin - another employee of Alpenrose Wealth Management
    - Simone
    - Röllin
    - simone.roellin@alpenrosewealth.com
  - o Jaine Wilhelm - another employee of CTX Treuhand
    - Jaine
    - JWilhelm@codextrust.com
  - o Siegfried Herzog - another employee of CTX Treuhand
    - Siegfried
    - Herzog
    - sh@cll.li
  - o Oleg Flaksman - a private investigator in California hired by Ashot related to the Nevis proceedings
    - Oleg
    - Flaksman
  - o vpmonako@gmail.com - another e-mail used by Natalia Dozortseva
  - o Federico Limiti - an employee of CMB, the Head of Premier & Business Banking, he was in contact with CTX Treuhand.
    - flimiti@cmb.mc
  - o Isabelle Teisseire - an employee of CMB, Deputy Head External Asset Manager Services, she was in contact with CTX Treuhand.
    - ITeisseire@cmb.mc
  - o Natalia Richarte - an employee of CMB who was involved in correspondence with CTX Treuhand
    - NRICHARTE@cmb.mc
  - o Emails that have been identified as belonging to relevant parties:
    - Ashot Yegiazaryan:
      - forashot49@gmail.com;
      - forashot1@gmail.com
    - Natalia Dozortseva:
      - Ndcourtuk17@gmail.com
      - Ndlegal17@gmail.com

6

- Alphatrust.nd@gmail.com
  ▪ Sergey Pugachev:
    - Splegal16@gmail.com

Additionally, CMB identified a list of custodians it agrees to use in its search. Plaintiff represented at the previous IDC hearings that additional information was being gathered on potential custodians, in addition to those identified in RFP 80, and that the parties continued to dispute the relevance of some custodians. Therefore, the custodians that remain in dispute are:

- Elvira Pugni
- Melanie Perreira
- Natalia Richarte

As previously discussed, Ms. Pugni was the first-line contact for the bank's Russian clients, including Ashot Yegiazaryan (i.e., the leader of the conspiracy Plaintiff alleges CMB entered an agreement with to obstruct Plaintiff's right to his California Judgement). As a Russian speaker, her Russian correspondence with Russian clients would never be found in files of other proposed custodians. Her files and documents are extremely relevant to this case, and the burden of adding this custodian to CMB's search cannot outweigh the value of the information sought.

Furthermore, Ms. Perreira is documented to have authorized payments from the Alpha Trust in 2015. Whatever her official title at CMB is, it is evident that she was privy to documents and information related to Ashot Yegiazaryan, the Alpha Trust, and other highly relevant issues that concern this litigation.

Lastly, Ms. Richarte was the pending custodian to whom Plaintiff previously referred to. We have learned that Ms. Richarte was an employee of CMB who was involved in correspondence with the Alpha Trust's previous trustee CTX Treuhand. It is likely that she was involved in correspondence with other trustees, claimed trustees, and Savannah Advisors. As a result of her involvement in highly relevant correspondence, she should also be used as a custodian.

Regards,
Tom

**From:** Song, Sharon <ssong@cooley.com>
**Sent:** Tuesday, March 19, 2024 10:11 AM
**To:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Thompson, Barry <Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>
**Subject:** RE: [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions

Tom,

I circulated a Zoom invite for 3 PT today – if that time does not work, please let me know when you are available this afternoon.

Best,
Sharon

Sharon Song
Cooley LLP
355 S. Grand Avenue
Los Angeles, CA 90071
+1 213 561 3236 office
ssong@cooley.com

www.cooley.com/people/sharon-song

Twitter | Facebook | LinkedIn

Cooley is committed to racial justice

---

**From:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Sent:** Monday, March 18, 2024 4:51 PM
**To:** Song, Sharon <ssong@cooley.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas
<Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K
<Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry
<Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>
**Subject:** RE: [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer
Discussions

**[External]**

Sharon,

Please let us know when CMB is available to further meet and confer on these topics tomorrow ahead of the parties' next
in-person IDC hearing with Magistrate Judge Audero.

Regards,
Tom

---

**From:** Tysowsky, Tom
**Sent:** Friday, March 15, 2024 3:55 PM
**To:** 'Song, Sharon' <ssong@cooley.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas
<Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K
<Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry
<Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>
**Subject:** RE: [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer
Discussions

Sharon,

As an initial matter, CMB stated at the parties' IDC hearing that it would confirm whether it would agree to produce all
"hits" that are responsive to CMB's searches pursuant to the blow terms.  Magistrate Judge Audero acknowledged that
this confirmation is "a game changer" to the parties' current discovery dispute.  Therefore, please let us know whether
CMB has provided this confirmation.

Second, we look forward to reviewing CMB's proposed custodians.

Third, our responses to the enumerated RFPs are stated below:

1.  RFP No. 72: Plaintiff agrees that CMB need not produce documents that lay outside of the scope of CMB's
    discovery obligations.  Whether any responsive documents lay in the files of any affiliate or subsidiary, RFP 72
    only seeks documents that are within CMB's possession, custody, or control as defined by U.S. discovery laws.

2.  RFP No. 73: Plaintiff maintains that it has alleged CMB made misrepresentations to government officers, which
    would include to regulatory authorities.  *See, e.g.,* SAC ¶180(v).  However, RFP No. 73 was only meant to be an
    increasingly-tailored request that would assist CMB in its search for relevant documents, because as CMB has
    pointed out, the request is encompassed by other, broader requests.  It appears that, in effect, there is no dispute
    over RFP No. 73 then.

3.  RFP No. 79: Under relevant law, a party is entitled to storage policy documents or other policy documents that relate to the use of employee devices where there is a " [a] showing that certain requested documents have been deemed "unavailable," or that there are indicia that the discovery process was not thorough, reliable, or transparent" throughout the discovery process.  *McMorrow v. Mondelez Int'l., Inc.*, No. 17-cv-02327-BAS (JLB), 2019 U.S. Dist. LEXIS 140575, at *9 (S.D. Cal. Apr. 19, 2019)n (also acknowledging that some other courts in the Ninth Circuit "permit discovery of document retention policies without any preliminary showing by the moving party of spoliation or discovery misconduct.").  To date, CMB has not produced any documents or withdrawn any relevance objection to any of Plaintiff's discovery requests.  Accordingly, Plaintiff is entitled to the documents requested under this RFP.

Furthermore, as disclosed in Plaintiff's previous email providing Plaintiff's first list of suggested search terms, the list was only ever meant to to help CMB locate relevant documents that CMB is obligated to produce in discovery.  Recent discussions, however, suggests that CMB intends to *only* use the search terms discussed by the parties, and therefore Plaintiff has included below additional search terms that would reveal relevant and discoverable information.  Plaintiff maintains his position that it is not his burden to provide an exclusive list of search terms to CMB that should be used during CMB's search.  Plaintiff does not waive any of his rights, and expressly reserves his right to argue that CMB did not comply with its discovery obligations in the event that CMB uses the search terms discussed by the parties but nonetheless fails to produce relevant, discoverable and non-privileged information  As just one of many potential examples, if there is a file that relates to Savannah Advisors, the Alpha Trust, etc., then the contents of that file would be relevant and discoverable.  This remains true for the contents of that file whether or not the documents within that file contain a search term.

Notwithstanding the above, Plaintiff provides below an additional list of terms that will assist CMB in its search for relevant documents and an explanation as to why the purple highlighted terms would be likely to identify relevant documents during CMB's search.  Additionally, as Magistrate Judge Audero noted, searches for seemingly generic terms will be tailored by the fact that these terms will only be used in searches within certain custodians' databases.  Additionally, if CMB confirms that it is not conducting a secondary review aimed at narrowing the scope of search term hits  in any way (other than regarding privilege), then any burden resulting from a large production size will fall on Plaintiff, not CMB.  Regardless, please provide the amount of hits per search term highlighted in yellow to inform the parties' determination as to whether any specific search term results in an unduly burdensome amount of documents.

## Search Terms Highlighted In Purple Responses:

- Sergey Pugachev -
  - This individual is alleged to have been used by the enterprise to enlist the false trustees.  *See* SAC Ex. 50 at 13.  The SAC also alleges that CMB was instrumental in developing the enterprise's scheme which used the false trustees.
- spfrlegal18@gmail.com
  - This email address is for Sergey Pugachev.
- Alexander Pugachev
  - This individual is Sergey Pugachev's son, who was at one point sharing a residence of Ashot Yegiazaryan's.
- Pugachev
  - See above.
- Glib Fitzgerald
  - This individual was listed on correspondence with Pugachev and Dozortseva.
- Glib
  - See above.
- Fitzgerald
  - See above.
- spgliblawyerinhouse@gmail.com
  - This is the email address for Glib Fitzgerald.
- Andrei Melkoumov
  - Melkoumov provided a declaration in support of Plaintiff's previous briefing, which was also submitted in support of the SAC.  *See* SAC Ex. 76.  Melkoumov asserts he corresponded with Defendants in this case.
- Melkoumov
  - See above.
- Melkumov
  - See above
- Trevor Gabriel

- - In Melkoumov's declaration, Trevor Gabriel is identified as someone who had communications with CMB.  *See* SAC Ex. 76, ¶¶27-28.
- Trevor
  - See above.
- Gabriel
  - See above.

**Additional Helpful Search Terms:**

- Christoph Buechel - a lawyer for Defendant and alleged coconspirator CTX Treuhand
  - Christoph
  - Buechel
  - cbuechel@wbr.li
- Nevis@prestigetrustco.com - another e-mail address of Prestige Trust Company
- office@codextrust.com - another e-mail for CTX Treuhand
- Codex - name of the director-legal entity for Savannah Advisors
- DPH - short name often used for Drew Holiner
- Robin Hunziker - an employee of Alpenrose Wealth Management
  - Robin
  - Hunziker
  - robin.hunziker@alpenrosewealth.com
- Sarah Ackermann - another employee of Alpenrose Wealth Management
  - Sarah
  - Ackermann
  - sarah.ackermann@alpenrosewealth.com
- Simone Röllin - another employee of Alpenrose Wealth Management
  - Simone
  - Röllin
  - simone.roellin@alpenrosewealth.com
- Jaine Wilhelm - another employee of CTX Treuhand
  - Jaine
  - JWilhelm@codextrust.com
- Siegfried Herzog - another employee of CTX Treuhand
  - Siegfried
  - Herzog
  - sh@cll.li
- Oleg Flaksman - a private investigator in California hired by Ashot related to the Nevis proceedings
  - Oleg
  - Flaksman
- vpmonako@gmail.com - another e-mail used by Natalia Dozortseva
- Federico Limiti - an employee of CMB, the Head of Premier & Business Banking, he was in contact with CTX Treuhand.
  - flimiti@cmb.mc
- Isabelle Teisseire - an employee of CMB, Deputy Head External Asset Manager Services, she was in contact with CTX Treuhand.
  - ITeisseire@cmb.mc
- Natalia Richarte - an employee of CMB who was involved in correspondence with CTX Treuhand
  - NRICHARTE@cmb.mc

Regards,
Tom

**From:** Song, Sharon <ssong@cooley.com>
**Sent:** Thursday, March 14, 2024 10:37 PM
**To:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry

10

<Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. < cferruolo@cooley.com>

**Subject:** RE: [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions

Tom,

In an effort to further compromise for the purpose of moving discovery forward, CMB agrees to search for and produce non-privileged documents, if any exist, responsive to RFP Nos. 47, 48, and 49, subject to applicable laws and regulations, including Monaco's banking secrecy laws. We also intend to circulate a proposed list of custodians, which will include many of the names listed in plaintiff's RFP No. 80. We will specify the extent to which we can agree-in-part to RFP No. 80 in that separate correspondence.

CMB will continue to stand on its objections as to the following RFPs, for the reasons explained below.

1. RFP No. 72: CMB objects to RFP No. 72 to the extent it requires CMB to search for its affiliates' documents that are not within CMB's possession, custody, or control.

2. RFP No. 73: CMB objects to RFP No. 73 to the extent it requires CMB to search for communications with unidentified "regulatory authorities." But CMB notes that it has already agreed to search for and produce documents concerning Ashot Yegiazaryan, Savannah Advisors Inc., Alpha Trust, or Smagin, or court cases involving Savannah Advisors Inc. or Alpha Trust; and CMB clarifies that it will not withhold production of documents if they otherwise relate to these topics even if they involve any regulatory authority.

3. RFP No. 79: CMB objects to producing any of its storage policy documents or other policy documents that relate to the use of private electronic devices of bank employees on the basis that plaintiff has failed to carry its burden of making a prima facie showing of spoliation, which is required for discovery into document retention / preservation policies. *See, e.g.¸Cableview Commc'ns of Jacksonville, Inc. v. Time Warner Cable, LLC*, 2015 WL 12838175, at *6-7 (M.D. Fla. May 4, 2015) (denying motion to compel discovery regarding document retention policies in absence of a prima facie showing of spoliation); *accord In re Control Data Corp. Sec. Litig.*, 1998 WL 92085, at *6 (D. Minn. Feb. 22, 1988) ("The documents destruction policy, however, should not be discoverable. . . . Absent some showing that evidence is being destroyed, this sort of discovery is uncalled for.").

With respect to plaintiff's proposed search terms, we have revisited our prior objections. Again, in the spirit of compromise, CMB agrees to use plaintiff's proposed search terms except (1) the terms highlighted in pink below, which are names that don't appear anywhere in either plaintiff's RFPs or the SAC and (2) the terms highlighted in yellow below, which are very broad and generic terms, *e.g.*, first names, that would return a very large number of false hits / non-responsive documents.

Finally, we believe CMB's position on the RFPs and the search terms is more than fair, and we again note that plaintiff has not compromised on any of the RFPs or the search terms.

Please let us know if we have your agreement on the RFP position outlined above and the search terms.

Sergey Pugachev
spfrlegal18@gmail.com
Alexander Pugachev
Pugachev
Glib Fitzgerald
Glib
Fitzgerald
spgliblawyerinhouse@gmail.com
Andrei Melkoumov
Melkoumov

Melkumov
Trevor Gabriel
Trevor
Gabriel
Suren
Artem
Artyom
Stepan
Stephan
Stephen
Vasily
Natalia
Natalya
Kirill
Cyrill
Evgeny
Trust
Trustee
fiduciaire du trust
Protector
Protecteur
settlor
Leo
Nikolaus
Thomas
Stevyn
Rudolf
Rafael
Drew
Dmitry
Liechtenstein
Nevis
Igor
Contempt

Best,
Sharon


Sharon Song
Cooley LLP
355 S. Grand Avenue
Los Angeles, CA 90071
+1 213 561 3236 office
ssong@cooley.com

www.cooley.com/people/sharon-song

Twitter | Facebook | LinkedIn

Cooley is committed to racial justice

**From:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Sent:** Tuesday, March 12, 2024 3:22 PM
**To:** Song, Sharon <ssong@cooley.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry <Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>
**Subject:** Re: [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions

**[External]**

Sharon,

The parties discussed search term negotiations today during our meet and confer call.  This email serves to confirm for CMB that Plaintiff is more than willing to continue to provide additional search terms throughout CMB's discovery searches, but it will not bind itself to any exclusive set of terms.

Best regards,
Tom

> On Mar 12, 2024, at 11:20, Song, Sharon <ssong@cooley.com> wrote:
>
> Tom,
>
> We are available at 12:30pm PT or after to further confer about these ongoing disputes.  Let us know what works for your team.
>
> Best,
> Sharon
>
> **Sharon Song**
> Cooley LLP
> 355 S. Grand Avenue
> Los Angeles, CA 90071
> +1 213 561 3236 office
> ssong@cooley.com
>
> www.cooley.com/people/sharon-song
>
> Twitter | Facebook | LinkedIn
>
> Cooley is committed to racial justice

**From:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Sent:** Tuesday, March 12, 2024 10:01 AM
**To:** Song, Sharon <ssong@cooley.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry <Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>

**Subject:** RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions

**[External]**

Sharon,

It is not Plaintiff's job to design and conduct CMB's search for responsive documents, nor must we link each proposed term to specific RFPs.  CMB must locate and produce responsive documents.  The terms we provided are a good faith effort to help that process.  As just one example, Mr. Novichikhin issued declarations in support of Plaintiff's SAC.  He testified previously that he was a former member of the alleged conspiracy.  Therefore, it is likely that any correspondence between Mr. Novichikhin and CMB would be relevant to the discovery requests.  Regardless, Plaintiff emphasizes again that his proposed, non-exclusive list of terms are to be helpful, and in no way represent that CMB should only use these terms to comply with CMB's discovery obligations.  Nor does Plaintiff represent that only the individuals listed in the proposed list are the only individuals that are relevant or may have document.

Please again let us know if you are willing to discuss the parties' ongoing discovery disputes over the RFPs and Interrogatories prior to todays' hearing.

Regards,
Tom

---

**From:** Song, Sharon <ssong@cooley.com>
**Sent:** Monday, March 11, 2024 11:36 PM
**To:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry <Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>
**Subject:** [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions

Tom,

As an initial matter, in order for us to properly review and consider your proposed search terms, can you please identify and explain which RFPs each of the following terms relate to?  None of your 85 RFPs refer to or encompass any of these terms.

trustcontact15@gmail.com
Artur Airapetov
Airapetov
airapetov@protonmail.com
Sergey Pugachev
spfrlegal18@gmail.com
Alexander Pugachev
Pugachev
Glib Fitzgerald
Glib
Fitzgerald
spgliblawyerinhouse@gmail.com
fiduciaire du trust
Protector
Protecteur
settlor

ed@stlouisfamilylawgroup.com
ed@generalcorporate.com
Evgeny Novichikhin
Novichikhin
Andrei Melkoumov
Melkoumov
Melkumov
Trevor Gabriel
Trevor
Gabriel
Liechtenstein
Nevis
Centurion Alliance
Centurion
Tsenturion
Centurion Park
Contempt of court
Contempt order
Contempt
Clarification order


Best,
Sharon


<span style="color:red">Sharon Song</span>
Cooley LLP
355 S. Grand Avenue
Los Angeles, CA 90071
+1 213 561 3236 office
ssong@cooley.com

www.cooley.com/people/sharon-song

Twitter | Facebook | LinkedIn

Cooley is committed to racial justice

---

**From:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Sent:** Monday, March 11, 2024 1:30 PM
**To:** Song, Sharon <ssong@cooley.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry <Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>
**Subject:** RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions

<span style="color:red">[External]</span>

Sharon,

As Plaintiff predicted on the parties' meet and confer call today, this list and its limitations merely defer the parties' discussions regarding relevance. CMB stated on the call that, while it would not concede its relevancy objection to any request, it did not plan to withhold documents to a majority of the requests based on its relevancy objection. That CMB is proposing that it will only search for documents with this limited list is a conflicting statement that CMB will actually withhold (or fail to search for) documents related to some RFPs. For example, the proposed search terms in quotes, such as "Alpha Trust" or

"Natalia Dozortseva" suggest that the results will only include these full terms.  That means results will exclude documents that concern or relate to Ms. Dozortseva, but do not state her full name – e.g., an email that states "Dear Natalia . . .".

Second, it is not Plaintiff's duty to approve of CMB's search terms, and in return Plaintiff does not expect to obtain a list of approved search terms from CMB regarding Plaintiff's search for documents in response to CMB's requests.  Plaintiff has requested relevant documents from CMB, and CMB's discovery obligations dictate that it must search for and produce those documents.  If CMB represents that it will meet/has met its discovery obligations and that some documents or sets of documents don't exist, then that is CMB's position.  If it then comes to light that there is relevant information that was not disclosed to Plaintiff, then CMB cannot argue that "CMB conducted a search pursuant to terms that Plaintiff agreed to."  In good faith, and in the spirit of moving the parties' discussions forward, Plaintiff provides a non-exclusive list of relevant search terms that CMB can consider.  This list in no way represents that these are the only search terms that may be relevant to the requests, and Plaintiff does not represent that no other search terms should be used.  This means that, in the event relevant, non-privileged, discoverable information is not produced to Plaintiff, CMB cannot later argue that CMB conducted a search according to Plaintiff's list of "approved" terms.  This is no such list, but only a good faith effort to meet and confer with CMB.

Accordingly, Plaintiff is available today or tomorrow before the hearing to further discuss this issue.  Additionally, I understand that the parties disagreed as to whether Judge Audero stated at the IDC on Friday, March 8, 2024, whether tomorrow's hearing would include Plaintiff's interrogatories.  Our notes from the IDC confirm Plaintiff's position on the meet and confer call – that Judge Audero expects those requests to be covered.  Therefore, Plaintiff's availability extends to discussions on those topics as well.

Lastly, Plaintiff acknowledges that it represented on today's call that, before tomorrow's hearing, it will provide certain SAC citations regarding allegations related to CMB's due diligence obligations.

Regards,
Tom

**Non-Exclusive List of Search Terms**:

*Once again, this list is not a representation that Plaintiff believes these are the only relevant search terms; and variations of the below search terms are also relevant to CMB's discovery obligations.

Yegiazaryan
Yegiazarian
Yegyazaryan
Egiazaryan
Egyazaryan
Egiazarian
Ashot
forashot1@gmail.com
trustcontact15@gmail.com
Suren
Suren Yegiazaryan
surok100@gmail.com
Artem
Artem Yegiazaryan
artem3artem@gmail.com
Artyom
Stepan
Stephan
Stephen
Stephen Yegiazaryan
Vasiliy Evtushenko
Vasily
Evtushenko
Vasiliy.evgh@gmail.com
Natalia Dozortseva

Dozortseva
Natalia
Natalya
Alphatrust.nd@gmail.com
Jouniaux
Murielle
Artur Airapetov
Airapetov
airapetov@protonmail.com
Sergey Pugachev
spfrlegal18@gmail.com
Alexander Pugachev
Pugachev
Glib Fitzgerald
Glib
Fitzgerald
spgliblawyerinhouse@gmail.com
Kirill Semenov
Kirill
Cyrill
Semenov
Semyonov
ksemenov@mail.ru
Evgeny Ratnikov
Eugene Ratnikov
Ratnikov
ratnikov79@yandex.ru
Evgeny
Vitaly Gogokhia
Gogokhia
Savannah Advisors
Savannah
Savannah AND Mediobanca
Alpha Trust
Alpha
Trust
Trustee
fiduciaire du trust
Protector
Protecteur
settlor
Edward Ryals
Ryals
ed@stlouisfamilylawgroup.com
ed@generalcorporate.com
Lex Thielen
Alexis Thielen
Alexis Gaston Thielen
Thielen
lt@lexthielen.com
Pierre Gabris
Gabris
pierre.gabris@alpenrosewealth.com
Alpenrose
Leo Steiner
Steiner
Leo
leo.steiner@alpenrosewealth.com
Nikolaus Wilhelm
Wilhelm
Nikolaus

NWilhelm@codextrust.com
Thomas Wilhelm
Thomas
TWilhelm@codextrust.com
CTX Treuhand
CTX
Prestige Trust
Prestige
Stevyn Bartlette
Stevyn
stevyn@prestigetrustco.com
Rudolf Schaechle
Rudolf
Schaechle
r.schaechle@wns.li
Rafael Naescher
Rafael
Naescher
r.naescher@wns.li
Evgeny Novichikhin
Novichikhin
Vitaly Smagin
Smagin
Andrei Melkoumov
Melkoumov
Melkumov
Trevor Gabriel
Trevor
Gabriel
Drew Holiner
Drew
Holiner
dholiner@monckton.com
Moncton Chambers
Dmitry Barannikov
Dmitry
Barannikov
Gibson Dunn
Gibson
Dunn
Liechtenstein
Nevis
Centurion Alliance
Centurion
Tsenturion
Europark
Evropark
Centurion Park
Igor Pestrikov
Pestrikov
Igor
Natalia Tsagolova
Tsagolova
Kerimov settlement funds
Kerimov
Suleyman
Russian criminal case
Ashot criminal case
Russian bankruptcy
Smagin bankruptcy
Clear Voice

Soyuzinvest
CTC
Central Transportation Company
London Award
LCIA Award
Contempt of court
Contempt order
Contempt
Clarification order

**From:** Song, Sharon <ssong@cooley.com>
**Sent:** Monday, March 11, 2024 11:32 AM
**To:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>; Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>; Thompson, Barry <Barry.Thompson@bakermckenzie.com>; Ferruolo, Cristina M. <cferruolo@cooley.com>
**Subject:** [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions

Tom,

As discussed on today's meet and confer call, see below for the search terms we propose using for all RFPs other than RFP Nos. 16, 17, 47-49, 72, 73, 79-80. As we discussed, by engaging in this process, CMB does not concede the relevancy of Plaintiffs' RFPs.

1. "Savannah Advisors" /20 account!

2. "Savannah Advisors" /50 fee!

3. "Savannah Advisors" /50 (freez! OR sequester! OR sequestration)

4. "Savannah Advisors" /50 transfer!

5. "Savannah Advisors" /50 Liechtenstein

6. "Savannah Advisors" AND (court! OR legal! OR litigation! OR law!)

7. "Savannah Advisors" AND (Smagin)

8. "Savannah Advisors" AND "Alpha Trust"

9. "Savannah Advisors" AND Mediobanca

10. Ashot /5 (Yegiazaryan OR Egiazaryan)

11. "Alpha Trust"

12. "Rudolf Schachle"

13. "Raphael Nascher"

14. Kerimov

15. Europark AND Smagin

16. Europark AND Yegiazaryan

17. Suren /5 (Yegiazaryan OR Egiazaryan)

18. Artem /5 (Yegiazaryan OR Egiazaryan)

19. Stephan /5 (Yegiazaryan OR Egiazaryan)

20. Tsagolova /5 Natalia

21. "Vasiliy Evtushenko"

22. "Clear Voice"

23. "Vitaly Gogokhia"

24. "Natalia Dozortseva"

25. "Murielle Jouniaux"

26. "Ratnikov Evgeny Nikolaevich"

27. "Prestige Trust Company"

28. Ryals

29. "Igor Leonidovich Pestrikov"

30. "Kirill Vladimirovich Semenov."

31. Soyuzinvest

32. "Central Transportation Company"

33. "CTX Treuhand"

34. "Stevyn Bartlette"

35. Alpenrose /5 (Partners OR Wealth)

36. "Pierre Gabris"

37. "Leo Steiner"

38. "Drew Holiner"

39. "Dmitry Barannikov"

40. "Frédéric Lefevre"

Best,
Sharon

Sharon Song
Cooley LLP
355 S. Grand Avenue
Los Angeles, CA 90071
+1 213 561 3236 office
ssong@cooley.com

www.cooley.com/people/sharon-song

Twitter | Facebook | LinkedIn

Cooley is committed to racial justice

---

**From:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Sent:** Friday, March 8, 2024 4:21 PM
**To:** Song, Sharon <ssong@cooley.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas

<Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>;
Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>;
Thompson, Barry <Barry.Thompson@bakermckenzie.com>
**Subject:** RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer
Discussions

**[External]**

Sharon,

Although Plaintiff is prepared to also speak today in light of all we have to cover, we will speak with you then at 10am PT on Monday (3/11).  Additionally, your email did not address our request for deposition dates concerning Kamran Djavadi and Philippe Audra (disclosed in the attached), though.  Therefore, by the parties' meet and confer call on Monday, please provide those dates or instructions to issue the deposition notices with dates chosen by Plaintiff.

Regards,
Tom

**From:** Song, Sharon <ssong@cooley.com>
**Sent:** Friday, March 8, 2024 3:37 PM
**To:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas
<Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>;
Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>;
Thompson, Barry <Barry.Thompson@bakermckenzie.com>
**Subject:** [EXTERNAL] RE: Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and
Confer Discussions

Tom,

We are available at 10am PT on Monday (3/11) to meet and confer.

Best,
Sharon

**Sharon Song**
Cooley LLP
355 S. Grand Avenue
Los Angeles, CA 90071
+1 213 561 3236 office
ssong@cooley.com

www.cooley.com/people/sharon-song

Twitter | Facebook | LinkedIn

Cooley is committed to racial justice

**From:** Tysowsky, Tom <Tom.Tysowsky@bakermckenzie.com>
**Sent:** Friday, March 8, 2024 1:14 PM
**To:** Song, Sharon <ssong@cooley.com>
**Cc:** Antia, Mazda <mantia@cooley.com>; Tu, Michael C. <mctu@cooley.com>; Kennedy, Nicholas
<Nicholas.Kennedy@bakermckenzie.com>; Gerson, Jacqueline <Jackie.Gerson@bakermckenzie.com>;

Hitti, Nada K <Nada.Hitti@bakermckenzie.com>; Ayala, Carmen <Carmen.Ayala@bakermckenzie.com>;
Thompson, Barry <Barry.Thompson@bakermckenzie.com>
**Subject:** Smagin/CMB (Case No. 2:20-cv-11236-RGK (MAAx) - Follow Up Meet and Confer Discussions

**[External]**

Sharon,

Please let us know when CMB is available to meet and confer ahead of the parties' Tuesday IDC hearing,
pursuant to Magistrate Judge Audero's instructions.  Our schedule is flexible and we can speak this
afternoon as well as Monday.  Additionally, we are ensuring that the zoom audio meeting can be
recorded.

Additionally, please provide Plaintiff with available dates for the deposition of Kamran Djavadi and
Philippe Audra (disclosed in the attached).  However, if you prefer, Plaintiff can issue deposition notices
with chosen dates, as the parties agreed for the deposition notices Plaintiff has already issued thus far.

Regards,

**Tom Tysowsky**
Attorney
10250 Constellation Blvd
Suite 1850
Los Angeles, CA 90067
Tel: +1 310 201 4728
Direct: +1 310 201 0103
Fax: +1 310 201 4721
tom.tysowsky@bakermckenzie.com

<image001.png>

bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error,
please reply to advise the sender of the error and then immediately delete this message. Please visit
www.bakermckenzie.com/disclaimers for other important information concerning this message.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy
all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access,
review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy
all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access,
review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy
all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access,
review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.