# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-11236-RGK-MAA | Date | May 6, 2024 |
|---|---|---|---|
| Title | *Vitaly Ivanovich Smagin v. Compagnie Monegasque De Banque et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Re: Plaintiff's Oppositions to Motions for Summary Judgment

On April 22, 2024, Vitaly Ivanovich Smagin ("Plaintiff") filed Oppositions to (1) Defendant Compagnie Monegasque De Banque's Motion for Summary Judgment and (2) Defendant Alexis Gaston Thielen's Motion for Summary Judgment. (ECF Nos. 306–07.) On April 22, 2024, Plaintiff filed the Declaration of Nicolas Reithner and 17 accompanying exhibits in support of both Oppositions. (ECF No. 308). On April 23, 2024, Plaintiff filed the Declaration of Nicholas O. Kennedy and 63 accompanying exhibits in support of both Oppositions. (ECF No. 309.)

Through these filings, Plaintiff once again demonstrates his lackadaisical approach to the Court's procedures. As Plaintiff well-knows, the Court's Standing Order requires that all documents in support of a motion be **"filed as attachments to the corresponding brief."** (Standing Order at 4, ECF No. 12 (emphasis in original).) Recently, Plaintiff's violations of this provision had become so excessive that the Court ordered Plaintiff to seek leave if he wished to lodge a filing that occupied more than one docket entry. (Min. Order at 4, ECF No. 276.) Despite the Court's explicit instructions, Plaintiff did not seek leave before (1) separately filing Reithner's and Kennedy's declarations and (2) not attaching these documents to the Oppositions they support. Moreover, Kennedy's declaration and its accompanying exhibits appear untimely filed. Accordingly, the Court **ORDERS** Plaintiff to **show cause in writing** why these filings, docketed at entries 308 and 309, should not be stricken. Such a response shall not exceed **three pages** and shall be filed within **one day** of the entry of this Order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |